## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRET A. BROADDUS | ) | FILED: April 9,2008 |
| Plaintiff, | ) | 08cv2006   J. N. |
| | ) | JUDGE KENDALL |
| v. | ) No. | MAG. JUDGE COX |
| | ) | |
| NORTH SHORE VAN LINES, INC. | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

TO:        The Honorable Judges of the
           United States District Court
           for the Northern District of Illinois,
           Eastern Division

Petitioner North Shore Van Lines, Inc. ("NSVL or Van Lines" ), by its Attorneys, Axelrod, Goodman, Steiner & Bazelon respectfully state to the Court:

1.        There is one Defendants to this action, Petitioner herein.

2.        On January 10, 2008, Plaintiff, Bret A. Broaddus, alleged against Defendant in the Circuit Court of Cook County, Illinois, No. 08 L 000309, a civil action to recover from Defendant damages of $235,606.93, alleged to be due to Plaintiff as a consequence of alleged damage and/or delay to a shipment of interstate freight shipment transported by Defendant NSVL.  The Complaint alleges a cause of action that arises out of and pursuant to, 49 U.S.C. § 14706.  All suits for loss or damage to interstate shipments by motor carrier are preempted by 49 U.S.C. §14706.

See, for example, *R.E.I. Transport, Inc. v. C.H. Robinson Worldwide, Inc.*, 2008 WL 731614, pp. 3-4  (7th Cir. 2008),  *Miller v. Reebie Storage and Moving Company,* Inc., 1993 WL 414689 at pg. 4 (N.D. Ill. 1993),  *Morris v. Covan World Wide Moving Incorporated*, 144 F.3d 377, 382-383 (5th Cir. 1998), *Nowakowski, et. al. v. American Red Ball Transit Company, Inc., et. al.*, 288 Ill. App. 3d 348, 680 N.E. 2d 441 (2nd Dist. 1997), *Gordon v. United Van Lines, Inc.*, 130 F.3d 282, 286 (7th Cir. 1997) and *Smith v. United Parcel Service (UPS)*, 296 F.3d 1244 (11th Cir. 2002).

3.      On April 2, 2008 Defendant, NSVL was served with a Summons and a copy of the Complaint in the aforementioned civil action, which was the first knowledge that Defendant had of the instant action.  Defendant has been served with no other pleadings, papers or orders in the aforementioned cause.

4.      No pleadings or papers have been filed by the Defendants in the aforementioned action.  This is a controversy over which the United States District Courts have original jurisdiction pursuant to Title 28 U.S.C. Section 1331 which provides:

> *"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States";*

Title 28 U.S.C. Section 1337(a) which provides, in pertinent part:

> *"The district courts shall have original jurisdiction of any civil action or proceeding arising under any Act of Congress regulating commerce or protecting trade and commerce against restraints and monopolies"; and,*

Title 49 U.S.C. §14706.


WHEREFORE, Petitioner North Shore Van Lines, Inc., Defendant, herein, prays that this Court assume full jurisdiction over the cause of action herein as provided by law.


North Shore Van Lines, Inc.


By: /s/ *Joel H. Steiner*
                Joel H. Steiner
                One of its Attorneys

OF COUNSEL:
Axelrod, Goodman, Steiner & Bazelon
39 South LaSalle Street - Suite 920
Chicago, Illinois  60603
(312) 236-9375
(312) 236-2877 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on April 9, 2008 I have served a true and correct copy of the above and foregoing Notice of Removal upon the following parties:

TO:    Ariel Weisberg                    Dorothy Brown
Weisberg and Associates          Clerk of the Circuit Court of Cook County,
401 South LaSalle St., Suite 403   50 West Washington Street
Chicago, Illinois 60604           Chicago, Illinois 60602

by depositing the same in the United States Mail at 39 South LaSalle Street, Chicago, IL 60603, before the hour of 5:00 p.m. with proper first-class postage affixed thereto.

/s/ *Joel H. Steiner*
Joel H. Steiner

DATED:        April 9, 2008

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| **SUMMONS** | **ALIAS - SUMMONS** | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW _____ DIVISION

(Name all parties)
BRET A. BROADDUS

v.

NORTH SHORE VAN LINES, INC.

No. 08-L-000309

**ALIAS SUMMONS**

Please Serve:

MARY K LARKIN
1103 CALWAY COURT
NORTHBROOK, IL 60062

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 802 _____, Chicago, Illinois 60602

| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ District 5 - Bridgeview | ☐ District 6 - Markham | ☐ Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 91781

Name: Weissberg and Associates, Ltd.

Atty. for: Plaintiff

Address: 401 S. LaSalle St., Suite 403

City/State/Zip: Chicago, IL 60605

Telephone: 312-663-0004

WITNESS,

_Dorothy Brown_
Clerk of Court

Date of service: 4-2-08
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: 312 663-1514
(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| BRET BROADDUS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH SHORE VAN LINES, INC. | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES Plaintiff Bret Broaddus, by and through his attorneys, Weissberg and Associates, Ltd., and for his Verified Complaint against North Shore Van Lines, Inc. states as follows:

### COUNT I
### (Bailment)

1.     Plaintiff Bret Broaddus is a resident of the City of Chicago, County of Cook, and State of Illinois.

2.     Defendant North Shore Van Lines, Inc. is an Illinois corporation doing business in the City of Chicago, County of Cook and State of Illinois.

3.     On or about September 1, 2006, Plaintiff and Defendant entered into an oral agreement whereby Defendant agreed to pack and transport Plaintiff's personal property ("the Personal Property") from Plaintiff's home in Del Ray Beach, Florida to Plaintiff's new residence in Chicago, Illinois.   In exchange for the services, Plaintiff agreed to pay Defendant approximately $15,000.00 ("the Agreement").

4.     Pursuant to the Agreement, the parties agreed that among the Personal Property to be transported to Chicago was Plaintiff's automobile, a 2003 Mercedes S500 ("the Mercedes").   At all times relevant, Plaintiff was the owner of the Personal Property and the Mercedes, and maintained all rights and interest

thereto.    Plaintiff and Defendant agreed that Defendant would transport the Mercedes inside a moving van and would not drive the Mercedes from Florida to Illinois.

5.    Pursuant to the Agreement, the parties agreed that delivery of the Personal Property to Plaintiff at his residence in Chicago would take between five to six days, *i.e.* until September 9 or 10, 2006.

6.    The Agreement was memorialized on or about September 4, 2006, by a written work order in which the Personal Property was listed in an inventory list ("the Inventory List") which was acknowledged and agreed upon by both parties. Plaintiff's wife signed the list on Plaintiff's behalf, and Bryan Hemilberg, agent and employee of Defendant, signed on behalf of Defendant.    See September 4, 2006 inventory list, attached hereto and marked as Exhibit A.    The Bill of Lading is attached hereto and marked as Exhibit B.

7.    Under the Agreement, Plaintiff was the bailor and Defendant became the bailee of the Personal Property and the Mercedes.

8.    On or about September 4, 2006, Defendant received from Plaintiff the Personal Property, including the Mercedes, pursuant to the terms of the Agreement and Inventory List.

9.    At the time Defendant accepted Plaintiff's Personal Property and the Mercedes, all of the Personal Property, including the Mercedes, was in good condition at the time Plaintiff delivered the Personal Property to Defendant.

10.    Following Defendant's acceptance of the Personal Property on September 4, 2006, Defendant maintained possession of the Personal Property at all times relevant.

11.    Defendant, as bailee of the Personal Property and the Mercedes, had a duty to exercise ordinary care in the transportation, storage, and movement of the Personal Property.

12.    Defendant did not deliver the Personal Property to Plaintiff on or before September 10, 2006; in fact, Defendant did not deliver the Personal Property to Plaintiff until a month later in October 2006.

13.    Upon receipt of the Personal Property, Plaintiff noted that certain items of the Personal Property were missing, while other items were damaged, included the Mercedes and a Recaro Electronic Office Chair, which was damaged beyond repair.  A list of the missing property is attached hereto and marked as Exhibit C.

14.    Additionally, Plaintiff discovered that Defendant, in violation of the Agreement, instructed one of its agents to drive the Mercedes to Chicago instead of transporting it by truck.

15.    By driving the Mercedes from Florida instead of carting it on a truck, Defendant caused damage to the vehicle by putting 1,370 plus miles on the vehicle.  In addition, Defendant caused additional damage to the vehicle by scratching and/or denting the car.  The cost of the damages to the Mercedes is in excess of $14,750.00.

16.    Upon discovering that numerous items of Personal Property were missing and damaged in early October 2006, Plaintiff made several demands on Defendant throughout October 2006 and November 2006 for return of the missing Personal Property.

17.    Defendant has failed and refused to return the missing Personal Property.

18.    Plaintiff has made numerous demands for payment from Defendant for the replacement costs of the missing Personal Property and for payment of the estimated repair costs of the Mercedes and the damaged Personal Property.

19.    Defendant has refused to pay Plaintiff for the replacement costs of the missing Personal Property, the repair costs of the Mercedes, or to otherwise

compensate Plaintiff for the damages done to the Personal Property. Plaintiff estimates these costs as in excess of $232,997.60.

20.    Defendant, as bailee, has absolute liability with respect to Plaintiff's lost or damaged property.

WHEREFORE, Plaintiff BRET BROADDUS prays for the entry of judgment in his favor and against NORTH SHORE VAN LINES, INC., for the amount of $232,997.60, plus interest, costs, his attorneys' fees and for such other and further relief as this Court deems reasonable and just.

### COUNT II
**(Breach of Contract)**

21.    Plaintiff realleges Paragraphs 1 through 20 of this Complaint as Paragraph 21 of this Count II as if fully set forth herein.

22.    When Defendant entered into the Agreement with Plaintiff, Defendant agreed to transport all the Personal Property from Florida to Chicago in undamaged condition, and to transport the Mercedes by truck.

23.    Defendant breached the Agreement due to its failure to deliver all of the Personal Property to Plaintiff; its delivery of certain items of the Personal Property in damaged condition; and for driving the Mercedes to Chicago in lieu of transporting it by truck.

24.    Defendant also failed and refused to deliver the Personal Property to Plaintiff on or before September 9 or 10, 2006, as agreed.

25.    Because of Defendant's failure to timely deliver the Personal Property to Plaintiff, Plaintiff and his family were unable to live in their new home in Chicago as planned on or about September 9 or 10, 2006, and were forced to extend their initial hotel stay in Chicago for an additional 9 days.

26.    While Plaintiff waited for the delivery of the Personal Property, Plaintiff continued to incur additional costs associated with staying in a hotel in the amount of $2,609.33. A true and correct copy of the hotel receipt is attached hereto and marked as Exhibit D.

27.    Because of Defendant's breach of the Agreement, Plaintiff has been damaged in the amount of $235,606.93, which includes the amount of the loss of the value of missing Personal Property, the damages to the Mercedes and the additional hotel stay. Further, Plaintiff has been damaged an unspecified amount due to the additional mileage and wear and tear imposed on the Mercedes.

28.    Plaintiff has made repeated demands upon Defendant to pay to Plaintiff the amounts due.

29.    Defendant has failed and refused to pay to Plaintiff the amounts due Plaintiff.

30.    Plaintiff has performed all of his obligations under the Agreement.

WHEREFORE, Plaintiff BRET BROADDUS prays for the entry of judgment in his favor and against NORTH SHORE VAN LINES, INC., for the amount of $235,606.93, plus an amount to be determined at trial to compensate for the diminution in value of the Mercedes, plus interest, costs, his attorneys' fees and for such other and further relief as this Court deems reasonable and just.

### COUNT III
### (Conversion)

31.    Plaintiff realleges Paragraphs 1 through 30 of this Complaint as Paragraph 31 of this Count III as if fully set forth herein.

32.    Plaintiff has a right to immediate possession of the missing Personal Property.

5

33.    Defendant, individually and by through its agent and employee Hamilberg, have wrongfully retained control and possession of the Personal Property.

34.    Despite Plaintiffs numerous demands for return of the Missing Personal Property made throughout October 2006 and November 2006, Defendant has failed and refused to return the missing Personal Property.

35.    There is no just reason for Defendant s retention of the Personal Property.

36.    Defendant has acted with a willful and wanton disregard of Plaintiff s rights in the Personal Property.

37.    Because of Defendant s conversion of the missing Personal Property, Plaintiff has been damaged in the amount of $218,247.60, the amount of the replacement value of the missing Personal Property.

WHEREFORE, Plaintiff BRET BROADDUS prays for the entry of judgment in his favor and against NORTH SHORE VAN LINES, INC. for the amount of $218,247.60, plus interest, costs, for punitive damages, his attorneys' fees and for such other and further relief as this Court deems reasonable and just.

**COUNT IV**
**(Trespass to Chattel)**

38.    Plaintiff realleges Paragraphs 1 through 37 of this Complaint as Paragraph 38 of this Count IV as if fully set forth herein.

39.    Defendant intentionally drove the Mercedes to Chicago, Illinois from Delray Beach, Florida in beach of the Agreement.

40. Defendant s intentional use of the Mercedes and interference with Plaintiffs rights in the Mercedes put an additional 1,370 plus miles put on the vehicle.

41. Defendant s intentional use of the Mercedes and interference with Plaintiffs rights in the Mercedes caused scratches on the Mercedes' surface, wheel damage, sunroof damage and other wear and tear.

42. Defendant s intentional use of the Mercedes and interference with Plaintiffs rights in the Mercedes caused a diminution of the value, quality and condition of the Mercedes.

43. The estimated repair cost for the damage to the Mercedes, not including the loss in value caused by the 1,370 plus miles Defendant put on the vehicle, is $14,750.00.

44. There is no just reason for Defendant s intentional use of the Mercedes and interference with Plaintiff s rights in the Mercedes.

45. Defendant has acted willfully and with gross negligence, indicating a wanton disregard of Plaintiff's rights in the Mercedes.

WHEREFORE, Plaintiff BRET BROADDUS prays for the entry of judgment in his favor and against NORTH SHORE VAN LINES, INC. for the amount of $14,750.00 plus an amount to be determined at trial to compensate Plaintiff for the diminution in value of the Mercedes, plus interest, costs, for punitive damages, his attorneys' fees and for such other and further relief as this Court deems reasonable and just.

## COUNT V
### (Consumer Fraud and Deceptive Business Practices Act)

46. Plaintiff realleges Paragraphs 1 through 45 of this Complaint as Paragraph 46 of this Count V as if fully set forth herein.

47.    At all times relevant, the Illinois Consumer Fraud and Deceptive Practices Act (the "Act"), 815 ILCS 505/2, was in effect, which provides in part as follows:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act," approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been mislead, deceived or damaged thereby. In construing this section, consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission Act.

815 ILCS 505 (West 2008).

48.    At all time relevant, the Plaintiff was a person protected by the provisions of the Act.

49.    At all time relevant, Defendant was engaged in trade and commerce as within the meaning of the Act.

50.    Defendant, by its acts of representations, misstatements and omissions, committed unfair and deceptive acts or practices in violation of the Act, including deception, false promise, misrepresentation and concealment of material facts.

51.    The representations, misstatements and omissions made by Defendant were deceptions that occurred in the course of providing professional moving services of Plaintiff's Personal Property in connection with Plaintiff's move from Florida to Chicago. Defendant intended that Plaintiff rely on these deceptions to induce Plaintiff to tender value for the purpose of purchasing Defendant's professional services, and to make his decision to allow Defendant to take possession of the Personal Property for the purposes of delivering it to Plaintiff in Chicago.

8

52.    At all relevant times, Plaintiff relied on Defendant to exercise ordinary care in the transportation, storage and movement of the Personal Property, to respect Plaintiff's rights in the Personal Property, and to return the Personal Property to Plaintiff as agreed.

53.    Upon information and belief, at the time Defendant made the representations to Plaintiff, Defendant did not intend to move the Mercedes to Chicago by placing it inside a moving van, and instead intended to drive the Mercedes to Chicago.

54.    Upon information and belief, at the time Defendant made the representations to Plaintiff that it would return all of Plaintiff's Personal Property to Plaintiff within four or five days after acceptance of the Personal Property, Defendant did not intend to return all of Plaintiff's Personal Property.

55.    As a direct and proximate result of the failure of Defendant to exercise ordinary care in the transportation, storage and movement of the Personal Property, to respect Plaintiff's rights in the Personal Property, and to return the Personal Property to Plaintiff as agreed, Plaintiff has suffered significant losses and has incurred substantial damages, in that he has been deprived of almost ninety items of significant monetary and sentimental value.

56.    Pursuant to the Act, the Plaintiffs are entitled to recover punitive damages in connection to this claim.

**WHEREFORE,** Plaintiff Bret Broaddus prays for the entry of judgment in his favor and against NORTH SHORE VAN LINES, INC., in the amount of $235,606.93, plus interest, costs, for punitive damages, his attorneys' fees and for such other and further relief as this Court deems reasonable and just.

**BRET BROADDUS, Plaintiff**


By: _____
One of his attorneys


Ariel Weissberg, Esq.
Rakesh Khanna, Esq.
WEISSBERG AND ASSOCIATES, LTD.
401 S.  LaSalle St., Suite 403
Chicago, IL  60604
(312) 663-0004
Attorney No.  91781

10

| PART, EXACT DAMAGE, AT LOCATION | | |
|---|---|---|

Driver or Agent #: **North More Van Lines**
Customer Name: **Broades**
Origin City, State: **F/H**
Destination City, State: **CHSO, IL**

Page #: **1**
# of Pages: **8**
Contract #:
Tag Color: **White**
Lot #: **174338**
GBL #:

**PART & LOCATION**

1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side

10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

**EXACT DAMAGE**

BE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed

RU Rusted
SC Scratched
SH Short
SO Soiled
S Stretched
T Torn
W Worn
WP Warped
WS Water-stained
WT Wet
Z Cracked

**DESCRIPTIVE SYMBOLS**

CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM# | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | Sm. Bx. Sp | | S 0 3 9, 10, 12 - R 3, 10, 12 | |
| 2 | | Sm. Bx. Sp | | S 0 3, 10, 12 - R 3, 12 | |
| 3 | | Wood Statue | | CH 3, 7, 10, 12 - SC 9, 10 - R 3, 12 - BR 9 | |
| 4 | | Wardrobe Ctn | | PBO-CU | |
| 5 | | 1.5 Ctn. | | PBO-CU | |
| 6 | | Wire Basket | | PBO-CU - D 9 | |
| 7 | | 4.5 Ctn. | | PBO-CU | |
| 8 | | 1.5 Ctn. | | PBO-CU | |
| 9 | | Plastic Tote Ctn | | PBO-CU | |
| 10 | | Plastic Tote Ctn | | PBO-CU | |
| 11 | | Plastic Ctn | | BR 3 - PBO-CU | |
| 12 | | Cooler | | PBO-CU | |
| 13 | | Stanley Tool Bx w/Tools | | PBO-CU - R 3, 10, 12 | |
| 14 | | 1.5 Ctn. Open - | | PBO-CU | |
| 15 | | Wardrobe Ctn | | PBO-CU | |
| 16 | | Sm. Ctn. | | PBO-CU | |
| 17 | | 2 Dr. Lateral File | | SC 4, 9, 10 - G 4 - CH 3, 12 - R 3, 4, 10, 12 | |
| 18 | | 1.5 Ctn | | PBO-CU | |
| 19 | | 1.5 Ctn | | PBO-CU | |
| 20 | | 3.0 Ctn | | PBO-CU | |
| 21 | | 1.5 Ctn | | PBO-CU | |
| 22 | | Desk | | CH 3, 12, 4 - SC 4, 6, 9, 10 - R 3, 10, 12 | |
| 23 | | Ottoman | | SC 9, 10 - R 3, 10, 12 | |
| 24 | | Plastic Tote Ctn | | PBO-CU | |
| 25 | | Sm. Ctn | | PBO-CU | |
| 26 | | Plastic Tote Ctn. | | PBO-CU | |
| 27 | | 4.5 Ctn | | PBO-CU | |
| 28 | | Machine | | MCU - R 3, 12 | |
| 29 | | Nite # T Stand | | Z 10 - SC 4, 9, 10 - BU 10 - R 3, 10, 12 | |
| 30 | | 4.5 Ctn | | PBO-CU | |

Remarks:

**IMPORTANT NOTICE:** Before signing - check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call the toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| AT ORIGIN | Driver | | Code | Date 9-4-06 | AT DESTINATION | Driver | | Code | Date |
|---|---|---|---|---|---|---|---|---|---|
| | Customer | | | Date | | Customer | | | Date |

Published by J. J. Keller & Associates, Inc., Neenah, WI • USA • (800) 327-6868 • Printed in the United States

**EXHIBIT A**

| PART, EXACT DAMAGE, AT LOCATION | Driver or Agent # | | Page # 2 | # of Pages 8 |
|---|---|---|---|---|

Customer Name

Origin City, State

Destination City, State

Tag Color WHITE   Lot # 171338

Contract #

GBL #

### PART & LOCATION
1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side

10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

### EXACT DAMAGE
BE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed

RU Rusted
SC Scratched
SH Short
SO Soiled
S Scratched
T Torn
W Worn
WP Warped
WS Water-stained
WT Wet
Z Cracked

### DESCRIPTIVE SYMBOLS
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | WARDRO BE CTN. | | PBO-CU | |
| 2 | • | Sony 35" CTV | | MCU - BR3 - Z3 - SC49,10 - R3,12 | |
| 3 | • | MACHINE | | MCU - R3,12 | |
| 4 | | RED FRAME POLE | | SC9 | |
| 5 | | BCO FRAME POLE | | SC9 | |
| 6 | • | HANDMADE MATT | | T3,12,10 - SC9,10 - C3,10,12 | |
| 7 | • | FILE CAB | | D9,10 - SC4,6,9,10 | |
| 8 | • | RECLINER | | R1,3,12 | |
| 9 | • | RECORD MACH CHAIR | | MCU - R1,3,12,14 | |
| 10 | | MED CTN. | | PBO-CU | |
| 1 | | MACHINE | | MCU - R3,12 | |
| 2 | | MACH PART | | SC2,9 | |
| 3 | | MACH PART | | SC3,9 | |
| 4 | | MACHINE | | MCU - SC2,9,10 - R3,12 | |
| 5 | | OFFICE CHAIR | | T1,3,12 - WP - R1,3,12,14 - SC12,14 | |
| 6 | | OX. CHAIR | | SC1,6,7,10 - R1,3,12,14 | |
| 7 | | MOUNTABLE Trail Bike | | MCU - SC9,10 - R3,12 | |
| 8 | | TREK 700 BIKE | | MCU - SC9,10 - R3,12 | |
| 9 | | Folding TABLE | | SC9,10 - R3,10,12 | |
| 10 | • | ELECTRIC PICTURE | | CH3,12 - SC49,10 - R3,9,10,12 | |
| 1 | | SHELF | | SC9,12 - M10 - R3,12 | |
| 2 | • | halo lamp | | SC2,9 - BE10 - R3,12 | |
| 3 | | WARDROBE CTN. | | PBO-CU | |
| 4 | | Picture CTN. | | PBO-CU | |
| 5 | | MED CTN | | PBO-CU | |
| 6 | | MED. CTN. | | PBO-CU | |
| 7 | | MED. CTN. | | PBO-CU | |
| 8 | | 3 O CTN. | | PBO-CU | |
| 9 | | PLAT CTN | | PBO-CU | |
| 20 | • | DOL CAGE | | SO - W | |

remarks:

IMPORTANT NOTICE: Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746. have asked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the late below goods received.

| AT ORIGIN | Driver | | Code | Date 4.11.06 | AT DESTINATION | Driver | | Code | Date |
|---|---|---|---|---|---|---|---|---|---|
| | Customer | | | Date | | Customer | | | Date |

Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA (800) 327-6868 • Printed in the United States

PART, EXACT DAMAGE, AT LOCATION

| | | | | 6,7 | 7,13 | 8,7 | | |
| | | | 5,13 | 13,8 | 9,13 | | | |
| | | | 5,4 | 4,13 | 8,4 | | | |
| 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7 |
| 7,13 | | | | | | | | 6,13 |
| 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7 |
| | | | 5,4 | 4,13 | 8,4 | | | |
| | | | 5,13 | 13 | 8,13 | | | |
| | | | 6,7 | 7,13 | 8,7 | | | |

| Driver or Agent # | |
| Customer Name | |
| Origin City, State | |
| Destination City, State | |

| Page # | 3 | # of Pages | 8 |
| Contract # | |
| Tag Color | WHITE | Lot # | 174,338 |
| GBL # | |

**PART & LOCATION**
1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side
10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

**EXACT DAMAGE**
BG Beat
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed
RU Rusted
SO Scratched
SH Shut
SO Soiled
S Stretched
T Torn
W Worn
WP Warped
W Water-stained
Wet
Z Cracked

**DESCRIPTIVE SYMBOLS**
CU Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DHO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
Shrink Wrap

| EM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 21 | | MFU CTN | | PBO-CU | |
| 2 | | PILLO | | SC 9,10 - R12 | |
| 3 | | PIC PAC CTN | | PBO-CU | |
| 4 | | 3 O CTN | | PBO-CU | |
| 5 | | DISHPAC CTN | | PBO-CU | |
| 6 | | 2 O CTN | | PBO-CU | |
| 7 | | DISHPAC CTN | | PBO-CU | |
| 8 | | PLASTIC TOTE CTN | | PBO-CU | |
| 9 | | 1.5 CTN | | PBO-CU | |
| 70 | | 6 O CTN | | PBO-CU | |
| 1 | | WARDROBE CTN | | CP-NSUL | |
| 2 | | NIGHT STAND | | CH 3,4,12-SC 4,9,10 - R 3,9,4,12 | |
| 3 | | PLASMA BASE | | SC 10 - R3,12 | |
| 4 | | SM CTN | | PBO-CU | |
| 5 | | OTTOMAN | | SC 9,10 - R3,12 | |
| 6 | | 6 O CTN | | PBO-CU | |
| 7 | | LUGGAGE BAG | | SC 9,10 - M 9,10 - R3,10,12 | |
| 8 | | PIC PAC CTN | | PBO-CU | |
| 9 | | PIC PAC CTN | | PBO-CU | |
| 30 | | WARDROBE CTN | | CP-NSUL | |
| 1 | | WARDROBE CTN | | CP-NSUL | |
| 2 | | WARDROBE CTN | | CP-NSUL | |
| 3 | | WARDROBE CTN | | CP-NSUL | |
| 4 | | CABINET | | SC 4,6,9,10 - CH 3,12 - M4 R3,9,12 | |
| 5 | | WARDROBE CTN | | CP-NSUL | |
| 6 | | WARDROBE CTN | | CP-NSUL | |
| 7 | | WARDROBE CTN | | CP-NSUL | |
| 8 | | WARDROBE CTN | | CP-NSUL | |
| 9 | | WARDROBE CTN | | CP-NSUL | |
| 40 | | SPEAKER STAND | | CH 3,12 - SC 9,10 - R3,12 | |

Remarks:

IMPORTANT NOTICE: Before signing — check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3748. have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the condition of the goods received.

| AT ORIGIN | Driver | | Code | Date 4-06 |
| | Customer | | | Date |
| AT DEST-INATION | Driver | | Code | Date |
| | Customer | | | Date |

Published by MILLER ASSOCIATES, INC., Neenah, WI • USA • (800) 367-0069 • Printed in the United States

| PART, EXACT DAMAGE, AT LOCATION | | Driver or Agent # | Page # 4 | # of Pages 8 |

Customer Name

Contract #

Origin City, State

Tag Color WHITE   Lot # 174338

Destination City, State

GBL #

### PART & LOCATION
1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side

10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

### EXACT DAMAGE
SE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MW Mildew
R Rubbed

RU Rusted
SC Scratched
SH Short
SO Soiled
S Stretched
T Torn
W Worn
WP Warped
WS Water-stained
WET Wet
Z Cracked

### DESCRIPTIVE SYMBOLS
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
SW Shrink Wrap

| EM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | SPEAKER STAND | | SC 9 10 - R3 12 | |
| 2 | ' | BBQ SET | | SO 2 10 - R3 10 | |
| 3 | ' | STATUE (LION) | | SC 2 9 10 - R3 10 | |
| 4 | ' | TOOL BOX | | P30 - 6 11 - R3 10 12 | |
| 5 | ' | MARBLE | | CH 312 | |
| 6 | | SM CTN | | P30 - CU | |
| 7 | | SM CTN | | P30 - CU | |
| 8 | | SNIFTER | | W - | |
| 9 | | SM CTN | | P30 - CU | |
| 20 | | WARDROBE CTN | | P30 - CU | |
| 1 | | WARDROBE CTN | | P30 - CU | |
| 2 | ' | WICKER BASKET | | BR 10 - W - | |
| 3 | | 3.0 CTN | | P30 - CU | |
| 4 | | 3.0 CTN | | P30 - CU | |
| 5 | ' | SM SQUARE GLASS | | SC 9 10 - R3 10 12 | |
| 6 | ' | BUFFET | | P30 - CU | |
| 7 | | 1.5 CTN | | P30 - CU | |
| 8 | | 1.5 CTN | | P30 - CU | |
| 9 | | 1.5 CTN | | P30 - CU | |
| 10 | | SOLA OR CASE 1 | | CH 12 - SC 9 10 - R3 12 | |
| 1 | | 6 DCTN | | P30 - CU | |
| 2 | | 6 DCTN | | P30 - CU | |
| 3 | | WARDROBE CTN | | P30 - CU | |
| 4 | | WARDROBE CTN | | P30 - CU | |
| 5 | | WARDROBE CTN | | P30 - CU | |
| 6 | | GOLF BAG w/CLUBS | | P30 - CU | |
| 7 | ' | GOLF BAG w/CLUBS | | P30 - CU | |
| 8 | | 1.5 CTN | | P30 - CU | |
| 9 | | 1.5 CTN | | P30 - CU | |
| 20 | ' | NIGHTSTAND | | SC 9 10 - CH 3 12 - 6 11 R3 10 | |

remarks:

IMPORTANT NOTICE: Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746. I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the date the goods received.

| AT ORIGIN | Driver | Code | Date 9-9-06 | AT DESTINATION | Driver | Code | Date |
| | Customer | | Date | | Customer | | Date |

Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6868 • Printed in the United States

847-498-6560

| PART, EXACT DAMAGE, AT LOCATION | Driver or Agent # | | Page # 5 | # of Pages 8 |
|---|---|---|---|---|

Customer Name

Origin City, State

Destination City, State

| Driver or Agent # | |
| Customer Name | |
| Origin City, State | |
| Contract # | |
| Tag Color WHITE | Lot # 174388 |
| GBL # | |

### PART & LOCATION
1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side

10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

### EXACT DAMAGE
BE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed

RU Rusted
SC Scratched
SH Short
SO Soiled
S Stretched
T Torn
W Worn
WP Warped
WS Water-stained
WT Wet
Z Cracked

### DESCRIPTIVE SYMBOLS
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
SW Shrink Wrap

| EM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | WARDROBE CTN | | PBO-CU | |
| 2 | | WARDROBE CTN. | | PBO-CU | |
| 3 | | KOA | | SC 9 | |
| 4 | | COFFEE TABLE | | SC 6,9,10 - D 4,9,12 - R 3,10,12 | |
| 5 | | POLE TABLE | | L 9,10 - W - | |
| 6 | | BROOM | | W - | |
| 7 | | SWIVEL SWEEPER | | W - | |
| 8 | | WAVING STAND | | W - | |
| 9 | | WARING STAND | | W - | |
| 10 | | WARING STAND | | W - | |
| 1 | | YAMAHA RECEIVER | | MCU - SC 4,10 - R 3,12 | |
| 2 | | ART. PLANT | | SO | |
| 3 | | WAVING STAND | | W - | |
| 4 | | GARDGER | | W - | |
| 5 | | POLE BAG w/CLUBS | | PBO-CU | |
| 6 | | POLE LAMP | | SC 2,9,10 - R 3,2,10 | |
| 7 | | GOLF BAG w/CLUBS | | PBO-CU | |
| 8 | | EUREKA UPRIGHT | | MCU | |
| 9 | | RCA 5 DISC CD PLAYER | | MCU - SC 9,10 | |
| 40 | | WALKER | | W - | |
| 1 | | FOAM CUSHION | | SO 10,2 - R 3,12 | |
| 2 | | SM STAND | | SC 6,10 - R 3,10,12 | |
| 3 | | FOLDING CHAIR | | SC 6,7,10 - R 3,12 | |
| 4 | | ROLL OF FABRIC | | PBO-CU | |
| 5 | | ROLLED RUG | | CU | |
| 6 | | LOVE SEAT | | R 3,12,14 - SC 6 | |
| 7 | | SINGLE HIDE-A-BED | | SC 6,10,9,14 - R 3,12,14 - D 7G 7 | |
| 8 | | GILL | | PBO-CU | |
| 9 | | POLK SPEAKER | | MCU - SC 9,4,10 - R 3,4,10 | |
| 50 | | OTTOMAN | | SC 6,10,14 - CH 4 - R 3,12 | |

smaks:

**IMPORTANT NOTICE:** Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have ___ ked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the ate o___ goods received.

| AT ORIGIN | Driver | | Code | Date 7-4-06 | AT DEST-INATION | Driver | | Code | Date |
|---|---|---|---|---|---|---|---|---|---|
| | Customer | | | Date | | Customer | | | Date |

Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI · USA (800) 327-6868 · Printed in the United States

| PART, EXACT DAMAGE, AT LOCATION | | |
|---|---|---|

Driver or Agent #

Customer Name

Origin City, State

Destination City, State

Page # 6

# of Pages 8

Contract #

Tag Color WHITE   Lot # 17433B

GBL #

| | PART & LOCATION | | EXACT DAMAGE | | DESCRIPTIVE SYMBOLS |
|---|---|---|---|---|---|
| 1 Arm | 10 Top | BE Bent | RU Rusted | CU Carrier Disassembled |
| 2 Bottom | 11 Veneer | BR Broken | SC Scratched | CP Carrier Packed |
| 3 Corner | 12 Edge | BU Burned | SH Short | CU Contents and Condition Unknown |
| 4 Front | 13 Center | CH Chipped | SO Soiled | DBO Disassembled By Owner |
| 5 Left | 14 Seat | D Dented | S Stretched | MCU Mechanical Condition Unknown |
| 6 Leg | 15 Drawer | F Faded | T Torn | PB Professional Books |
| 7 Rear | 16 Inside | G Gouged | W Worn | PBO Packed By Owner |
| 8 Right | 17 Door | L Loose | WP Warped | PE Professional Equipment |
| 9 Side | 18 Shelf | M Marred | WS Water-stained | PP Professional Papers |
| | 19 Hardware | MI Mildew | WT Wet | SW Shrink Wrap |
| | | R Rubbed | Z Cracked | |

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 51 | | 6.0 CTN | | PBO-CU | |
| 2 | | SM STOOL | | SC 6,10 - R 3,10,12 | |
| 3 | | TALL STAND | | SC 6,9,10 - R 3,10,12 | |
| 4 | | 6 DCTN. | | PBO-CU | |
| 5 | | 6.0 CTN. | | PBO-CU | |
| 6 | | 3.0 CTN | | PBO-CU | |
| 7 | | 3.0 CTN | | PBO-CU | |
| 8 | | DISH CTN. | | PBO-CU | |
| 9 | | DISH CTN. | | PBO-CU | |
| 60 1 | | 4.5 CTN | | PBO-CU | |
| 1 | | 4.5 CTN. | | PBO-CU | |
| 2 | | ONKYO RECIEVER | | MCU - SC 9,10 | |
| 3 | | ENSEL | | SC 2,6,4,10 - R 3,12 | |
| 4 | | POLE LAMP | | SC 6,9,10 - R 3,12 | |
| 5 | | WOOFER SPEAKER | | MCU-SC 4,9,10 - R 3,12 | |
| 6 | | 4.5 CTN. | | PBO-CU | |
| 7 | | 1.5 CTN. | | PBO-CU | |
| 8 | | STAND | | SC 6,9,10 - R 3,12 | |
| 9 | | BASKET STAND | | W— | |
| 70 | | 5.0 CTN. | | PBO-CU | |
| 1 | | ART. PLANT | | SO - W— | |
| 2 | | ART. PLANT | | SO - W— | |
| 3 | | ART. PLANT | | SO - W— | |
| 4 | | SHOPPING BASKET | | W— | |
| 5 | | ART PLANT | | SO - W— | |
| 6 | | MFD CTN | | PBO-CU | |
| 7 | | SM TABLE | | SC 6,9,10 - R 3,10,12 | |
| 8 | | KING MATT. | | T 2,3,12 - R 3,9,12 | |
| 9 | | SOFA | | T 3,12 - SC 4,6,9,10,14 - R 3,12,14 | |
| 80 | | SOFA | | T 2,4 - SO 4 - SC 4,6,9,10,14 - R 3,10,14 | |

Remarks:

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

have ____ asked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the list of ____ goods received.

| AT ORIGIN | Driver | | Code | Date 8-1-06 | AT DEST- INATION | Driver | | Code | Date |
|---|---|---|---|---|---|---|---|---|---|
| | Customer | | | Date | | Customer | | | Date |

Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800)327-6868 • Printed in the United States

| PART, EXACT DAMAGE, AT LOCATION | | | |
|---|---|---|---|

| Driver or Agent # | | Page # 7 | # of Pages 8 |
|---|---|---|---|
| Customer Name | | Contract # | |
| Origin City, State | | Tag Count WHITE | Lot # 171338 |
| Destination City, State | | GBL # | |

**PART & LOCATION**

| | | | | |
|---|---|---|---|---|
| 1 Arm | 10 Top | DE Dent | RU Rusted | CD Carrier Disassembled |
| 2 Bottom | 11 Veneer | BR Broken | SC Scratched | CP Carrier Packed |
| 3 Corner | 12 Edge | BU Burned | SH Short | CU Contents and Condition Unknown |
| 4 Front | 13 Center | CH Chipped | SO Soiled | DBO Disassembled By Owner |
| 5 Left | 14 Seat | D Dented | S Stretched | MCU Mechanical Condition Unknown |
| 6 Leg | 15 Drawer | F Faded | T Torn | PBO Professional Books |
| 7 Rear | 16 Inside | G Gouged | W Worn | PBO Packed By Owner |
| 8 Right | 17 Door | L Loose | WP Warped | PE Professional Equipment |
| 9 Side | 18 Shelf | M Marred | WRD Water-stained | PP Professional Papers |
| | 19 Hardware | Mi Mildew | W/T Wet | SW Shrink Wrap |
| | | R Rubbed | Z Cracked | |

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 21 | | BAR | | P30-CU | |
| 2 | | OS CHAIR | | SC6-R1,3,12,14-CH6 | |
| 3 | | OS CHAIR | | R3,12,14 | |
| 4 | | OS CHAIR | | R3,1,12,14 | |
| 5 | | BASKET | | SC9,10-R3,12 | |
| 6 | | BASKET | | R3,12-SC9,10 | |
| 7 | | CHAIR | | BR4,912-W-SC6-SO14 | |
| 8 | | WARDROBE CTN. | | PBO-CU | |
| 9 | | WARDROBE CTN. | | P30-CU | |
| 20 | | WARDROBE CTN. | | P30-CU | |
| 1 | | Desiner M CHAIR | | SC6,7,10-R3,12,14-CH12 | |
| 2 | | CHAIR | | W12-SC14,710-R3,12,13 | |
| 3 | | Nameta M Chair | | SC16,710-R3,12,14 | |
| 4 | | Dainle Rm CHAIR | | CH12-SC6,710-R3,12,14 | |
| 5 | | BLANKA | | SC46,9-R3,12-W6-CH12 | |
| 6 | | BAG | | P30-CU | |
| 7 | | SM CABINET | | SG,10-CH46-SC4,69,10-R3,1012-F10 | |
| 8 | | PORTABLE CD PLAYER | | MCU-SC910-R3,12 | |
| 9 | | SM BENCH | | SO14-SC6-R3,12,14 | |
| 00 | | Dining Rm CHAIR | | CH16-D1-SC16,710-R3,1,2,14 | |
| 1 | | Dining Rm CHAIR | | SC16,12-CH16-D1-R3,12,14 | |
| 2 | | PHAIR | | SC16,710-R3,12,14-CH46 | |
| 3 | | BR SPEAKER | | MCU-CH12-SC4,910-R3,412 | |
| 4 | | BR SPEAKER | | MCU-SC4,910-CH12-R3,412 | |
| 5 | | CHAIR | | R12-SC6-BR12 | |
| 6 | | SM STOOL | | W6-SC6910-R3,12,14 | |
| 7 | | SM TRUNK ON STAND | | R2-SC6,9,10-R3,412 | |
| 8 | | WARDROBE CTN. | | P30-CU | |
| 9 | | 3OCTN. | | P30-CU | |
| 10 | | 3OCTN. | | P30-CU | |

**Remarks:**

IMPORTANT NOTICE: Before signing — check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not
given the opportunity to inspect this shipment, you should call this toll free number, 800-348-8746. I
have ____ked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the
state of ____ goods received.

Printed by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800)327-6868 • Printed in the United States

| | Driver | Code | Date 7-4-06 | AT DESTINATION | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Customer | | Date | | Customer | | Date |

| PART, EXACT DAMAGE, AT LOCATION | | Driver or Agent # | | Page # 8 | # of Pages 8 |
|---|---|---|---|---|---|
| | | Customer Name | | Contract # | |
| | | Origin City, State | | Tag Color WHITE | Lot # 171338 |
| | | Destination City, State | | GBL # | |

**PART & LOCATION**

| 1 Arm | 10 Top |
| 2 Bottom | 11 Veneer |
| 3 Corner | 12 Edge |
| 4 Front | 13 Center |
| 5 Left | 14 Seat |
| 6 Leg | 15 Drawer |
| 7 Rear | 16 Inside |
| 8 Right | 17 Door |
| 9 Side | 18 Shelf |
| | 19 Hardware |

**EXACT DAMAGE**

| BE Bent | RU Rusted |
| BR Broken | SC Scratched |
| BU Burned | SH Short |
| CH Chipped | SO Soiled |
| D Dented | S Stretched |
| F Faded | T Torn |
| G Gouged | W Worn |
| L Loose | WP Warped |
| M Marred | W/S Water-stained |
| Mi Mildew | WET Wet |
| R Rubbed | Z Cracked |

**DESCRIPTIVE SYMBOLS**

| CD Carrier Disassembled |
| CP Carrier Packed |
| CU Contents and Condition Unknown |
| DBO Disassembled By Owner |
| MCU Mechanical Condition Unknown |
| PBO Professional Books |
| PBO Packed By Owner |
| PE Professional Equipment |
| PP Professional Papers |
| SW Shrink Wrap |

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | L 5 CTN | | PBO-CU | |
| 2 | | TABLE | | SC 6,9,10 - R 3,10,12 CH 10,6 | |
| 3 | | 6 0 CTN | | PBO-CU | |
| 4 | | L 5 CTN | | PBO-CU | |
| 5 | | TABLE BASE | | CH 13,12,10 - SC 9,10-R 3,10,12 | |
| 6 | | SM CTN | | PBO-CU | |
| 7 | | WARDROBE CTN | | PBO-CU | |
| 8 | | FIGURINE STATUE | | SC 29,10- R 3,10,12 | |
| 9 | | SM STOOL | | MB-SC 6,10-R 3,12 | |
| 10 | | SM BENCH | | CH 3,10,12-SC 4,9,6,10-R 3,10,12 MI | |
| 1 | | SM STOOL | | CH 12- SC 6,10 - R 3,10,12 | |
| 2 | | DESK | | CH 10-SC 4,6,9,10 - F 10 - R 3,10,12 | |
| 3 | | TABLE BASE | | Z 10 - SC 4,9,10 - R 3,10,12 | |
| 4 | | ARMOIRE | | SC 4,9,10 - CH 3,12 - R 3,9,12 | |
| 5 | | CELLO PKG | | SO 10 - R 3,12 | |
| 6 | | CELLO PKG (w/PKG) | | SO 10 - R 12 | |
| 7 | | PICTURE | | ZH - CH 3,12 - SC 4,9,10 - R 3,12 | |
| 8 | | MIRROR | | CH 3,12 - MI - SC 11,4,10 - R 3,12 - 23 | |
| 9 | | PIANOLA | | CH 3,12 - SC 4,9,10 - R 3,12 | |
| 30 | | A...... Biy TABLE TOP | | CH 9,12 - SC 9,10 - R 3,10,12 | |
| 1 | | MARBLE | | SC 9,10 - R 3,12 | |
| 2 | | GLASS | | SC 9,10 - R 3,10,12 | |
| 3 | | BE PAC CTN | | PBO-CU | |
| 4 | | PANASONIC 42" CTV PLASMA | | MCU - R 3,4,12 | |
| 5 | | MIRROR | | Z 9,10 - SC 4,9,10 R 3,4,12 | |
| 6 | | FILE LAMP | | SC 2,9,10 - R 12 | |
| 7 | | MACHINE PART | | SC 2,9 - R 3,12 | |
| 8 | | DINING TABLE | | SC 6,10,9 - R 3,6,10,12 | |
| 9 | | TABLE LAMP | | SC 2,9 - R 12 | |
| 40 | | MRS. RACK | | SC 2,10,9 - M 9 - R 3,4,9 | |

remarks:

**IMPORTANT NOTICE:** Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| AT ORIGIN | Driver | | Code | Date 9-21-06 | AT DESTINATION | Driver | | Code | Date |
|---|---|---|---|---|---|---|---|---|---|
| | Customer | | | Date | | Customer | | | Date |

Published by J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6868 • Printed in the U.S.A.

NO. ICC MC 495539

UNIFORM HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL

**NORTH SHORE VAN LINES, INC.**
SERVING THE NORTH SHORE FOR OVER 30 YEARS
912 E PARK AVE, LIBERTYVILLE, IL 60048
800-244-6560

**IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

N° **1198**

RECEIVED, subject to classifications, tariffs, rules and regulations including all terms printed or stamped hereon or on the reverse side hereof specified on the date of issue of this bill of lading

| | |
|---|---|
| SHIPPER Bret Broaddus, AL Capital | CONSIGNED TO |
| ADDRESS 1214 George Bush Blvd | ADDRESS 530 Garland 60 W Elif |
| 512-693-4721 | 512-693-4721 |
| FLOOR / ELEV | FLOOR / ELEV |
| CITY Delray Beach COUNTY STATE FL | CITY Chicago COUNTY STATE IL |
| ACTUAL PICKUP DATE | AGREED DELIVERY DATE GUARANTEED DELIVERY DATE |

**NOTIFICATION OF CHARGES**

SHIPPER REQUESTS NOTIFICATION OF ACTUAL CHARGES TO PARTY SHOWN BELOW (*)
(C.O.D. SHIPPERS ONLY)

I waive my right to observe the re-weigh of this shipment.

| SERVICES | CHARGES |
|---|---|
| Transportation FROM ZIP _____ TO ZIP 17560 LBS | 13,396.50 |
| Origin/Destination Fee | 1160.49 |
| Fuel Surcharge (when applicable) | 1143.62 |
| Insurance Surcharge (when applicable) | 415.86 |
| Valuation 75,000 | 505.00 |
| Containers, Packing & Unpacking | |
| Storage-In-transit at ZIP Location _____ | 1960.05 |
| ST Pickup and Delivery 5 man 2 trks @ 216 P/HR | 980.00 |
| Extra Pickups or Deliveries No. _____ at ZIP(s) | |
| Extra Labor, Special Services or Waiting Time | |
| Bulky Articles | |
| Additional Weight Additives | |
| Advanced Charges | |
| Shuttle Service | |
| Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| Overtime Pickups or Deliveries | |
| Other Additional Charges | |
| | 16,544.00 |

**ORIGINAL** REWEIGH
Gross 49,440
Tare 31,880
Net 17,560
Min. Wt. 10,000 MIN

**SPECIAL SERVICES**

☐ EXPEDITED SERVICE ORDERED BY _____
SHIPPER DELIVERED ON OR BEFORE _____
☐ SHIPMENT COMPLETELY OCCUPIED A _____ CU. FT. VEHICLE
☐ EXCLUSIVE USE OF A _____ CU. FT. VEHICLE ORDERED
☐ SPACE RESERVATION _____ CU. FT. ORDERED

**FULL AND CUSTOM CONTAINER SERVICE**

| FULL SERVICE | CONTAINERS & PACKING | $ | UNPACKING | $ |
|---|---|---|---|---|

| CUSTOM SERVICE CARTON DESCRIPTION | CONTAINERS & PACKING QUANTITY | UNPACKING QUANTITY |
|---|---|---|
| DISH PACKS | | |
| CARTONS Less Than 3 cu.ft. | | |
| CARTONS 3 cu.ft. | | |
| CARTONS 4.5 | | |
| CARTONS 6 | | |
| CARTONS 6.5 | | |
| WARDROBE, CTN. | | |
| CRIB MATTRESS CTN. | | |
| MATTRESS CTN, TWIN/TWIN LONG | | |
| MATTRESS CTN, DOUBLE (NOT EXCEEDING 54" X 75") | | |
| MATTRESS CTN, KING/DBL (EXCEEDING 54" X 75") | | |
| HEAVY DUTY | | |
| OTHER | | |
| OTHER | | |
| **TOTAL CONTAINERS & PACKING** | $ | **TOTAL UNPACKING** $ |

**CUSTOMER'S DECLARATION of VALUE**
**THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE**

The value of my shipment is: 75,000.

No Deductible ( X ) initial

BALANCE DUE ▶ $761,540

SIGNED $14,688.44

EXHIBIT B

1. ORIGINAL - Not Negotiable

## EXHIBIT C: MISSING PROPERTY LIST

| | Item | Cost |
|---|---|---|
| 1 | 2 Kreiss Collection Pots (48" Diameter & 22" Diameter) | 3444.00 |
| 2 | 2 Flat Screen Televisions | 2628.00 |
| 3 | Indian Wool Throw Rug | 1740.00 |
| 4 | Crystal Ash Tray | 430.00 |
| 5 | Crystal Wine Glass Set (4 Red, 4 White, 4 Champagne – Mikasa) | 1950.00 |
| 6 | MHP Gas BBQ Grill | 2195.00 |
| 7 | Laundry Baskets | 70.00 |
| 8 | 2 Pictures 93 1650 | 150.00 |
| 9 | Cigarette Boat Picture Framed | 149.00 |
| 10 | Exterior Garbage Cans | 120.00 |
| 11 | 44 missing music CDs | 916.00 |
| 12 | Bamboo Tea Cart (Crate & Barrel) | 480.00 |
| 13 | 1 Set Golfsmith Golf Clubs | 1820.00 |
| 14 | 1 6' Easel | 695.00 |
| 15 | Exterior Chairs | 990.00 |
| 16 | Make-up bag containing grooming supplies | 300.00 |
| 17 | Physical Therapy container with weights, therabands | 11204.00 |
| 18 | Crafsman Tools and Toolbox | 4350.00 |



EXHIBIT

C

| 19 | Bolle men's Sunglasses | 296.00 |
| 20 | Box antique leather bound books | 2150.00 |
| 21 | Wardrobe box containing 20 mens designer suits | 13600.00 |
| 22 | Interior Garbage cans | 200.00 |
| 23 | Men's Altman's dress shoes, (Alligator and Crocodile size 15,16) | 8300.00 |
| 24 | Walker | 260.00 |
| 25 | EMPI Pool lift unopened | 1375.00 |
| 26 | 2 Pairs cowboy boots (Tony Lama) | 1800.00 |
| 27 | New Bose outdoor speaker set | 1100.00 |
| 28 | Pioneer HPM 100 speakers | 1000.00 |
| 29 | 4 Exterior Sunbeam High 1 pool chair set | 1100.00 |
| 30 | Time-Life World Cuisine Cook Book | 985.00 |
| 31 | Better Home & Garden Cook Book | 278.00 |
| 32 | Hard boxed packaged food | 820.00 |
| 33 | 2 Rowenta toasters | 175.00 |
| 34 | Marble top bar etagere | 1000.00 |
| 35 | Speaker wire/electronic CD stereo connectors | 231.00 |
| 36 | White Venta Air cleaner/humidifier | 950.00 |
| 37 | Broken FES – Functional Electoric Stimulator Equipment (Broken Leg | 1125.00 |

Extensions)

| | | |
|---|---|---|
| 38 | Ralph Lauren Wool dress sweater top | 910.00 |
| 39 | Original Polo teak lamp from Ralph Lauren/Michigan Ave | 2750.00 |
| 40 | Customized RIC Hospital leg CPM equipment | 1075.00 |
| 41 | Damaged 6.5' by 3.5' 2 inch beveled edge glass dining room table top | 2750.00 |
| 42 | Mens Omega Seamaster Chronometer Wristwatch | 2800.00 |
| 43 | Jack Lalaine juicer | 129.00 |
| 44 | Foreman Grill | 150.00 |
| 45 | 14 Bottles miscellaneous alcohol (boxed) | 960.00 |
| 46 | 2 Wall mount hardware kits for flat screen televisions | 1000.00 |
| 47 | 6 Rubbermaid adjustable shelving units (left in garage) | 250.00 |
| 48 | Pele black leather briefcase | 1295.00 |
| 49 | 18 cotton bath towel/wash cloths/ initialed | 1125.00 |
| 50 | 3 Physical Therapy Foam Wedges | 300.00 |
| 51 | Black Travel Golf Bag | 300.00 |
| 52 | Mens tear away basketball pants | 400.00 |
| 53 | 8 gold framed art pictures | 900.00 |

| 54 | Mens Bole sunglasses | 200.00 |
| 55 | Teak blocks for desk | 100.00 |
| 56 | Panaonic Mini recorder | 168.00 |
| 57 | HP #606 printer | 266.00 |
| 58 | A6 In-Focus Projector | 1100.00 |
| 59 | Dictaphone Transcriber/Recorder | 850.00 |
| 60 | 22 Silk flowers and 2 Kreiss interior pots | 1140.00 |
| 61 | Glass living room table glass | 345.00 |
| 62 | 3 other kreiss pots | 1900.00 |
| 63 | Silk flowers for Kreiss pots | 455.00 |
| 64 | 4 gold framed pictures | 3200.00 |
| 65 | Missing tombstones 5 missing at 5600 each | 28000.00 |
| 66 | Mini VCR/Video camera DVD Sony | 1189.00 |
| 67 | 2 oil paintings/Plunket Furniture | 3450.00 |
| 68 | Costs associated with labor and delivery for electrical items re-installation | 4250.00 |
| 69 | 12 Ralph Loren picture frames with photos of our kids | 2550.00 |
| 70 | 11 Lucite/Crystal Corp AC tombstones appx 5100 each | 56100.00 |
| 71 | 4 Ralph Loren shirts/new in bag 78.50 each | 314.00 |
| 72 | 4 Ralph Loren leather portfolio cases | 1722.00 |
| 73 | 1 Cigarette leather men's coat | 977.00 |

| 74 | 28 high end alligator, lizard, leather men's belts | 2375.00 |
| 75 | Gent Signature Overal Mens Gold Ring with Diamond | 5200.00 |
| 76 | Cartier prescription gold framed reading glasses | 2150.00 |
| 77 | Portable Sony walkman radio | 250.00 |
| 78 | U of C College ring gold with sapphire stone | 1800.00 |
| 79 | Olympus digital color camera DVR | 1000.00 |
| 80 | 2 Mont Blac Writing Pens | 300.00 |
| 81 | Weather band portable radio | 120.00 |
| 82 | 18' Hand Knotted women's pearl necklace | 900.00 |
| 83 | Office supplies incl. professionally printed bus. Cards and letterhead | 780.00 |
| 84 | Susan Horton Mens Chenille Scarf | 295.00 |
| 85 | 4 Mens Nike winter golves (4@27) | 108.00 |
| 86 | Altman's Mens shoes 11 @295 | 10999.60 |
| 87 | Portable computer hard drive | 300.00 |

**Total:   222,323.60**

**Sofitel Chicago Water Tower**
**20 East Chestnut Street, Chicago, IL 60611**
Telephone 312 324 4000 Facsimile 312 324 4026

**Alliance Capital**
**227 E Ontario, Suite 118255**
**Chicago, IL 60611**
**USA**

| Arrival | 09/03/06 |
|---------|----------|
| Departure | 09/19/06 |

Room: 0807
Cashier: 23
Page: 1
Time:
17:18:46
Conf #: 374366

Sofitel Chicago Water Tower, 09/19/06

Invoice NO. 220802

| Date | Description | DEBIT | CREDIT |
|------|-------------|-------|--------|
| 09/03 | Guest Room | 230.00 | |
| 09/03 | State Tax *Guest Room | 27.37 | |
| 09/03 | City Tax *Guest Room | 8.05 | |
| 09/04 | Room Service #807 : CHECK #8502 | 46.94 | |
| 09/04 | Guest Room | 230.00 | |
| 09/04 | State Tax *Guest Room | 27.37 | |
| 09/04 | City Tax *Guest Room | 8.05 | |
| 09/04 | F&B Sales Tax #807 : CHECK #8502 | 3.89 | |
| 09/05 | Guest Room | 230.00 | |
| 09/05 | State Tax *Guest Room | 27.37 | |
| 09/05 | City Tax *Guest Room | 8.05 | |
| 09/06 | Guest Room | 230.00 | |
| 09/06 | State Tax *Guest Room | 27.37 | |
| 09/06 | City Tax *Guest Room | 8.05 | |
| 09/07 | Room Service #807 : CHECK #8708 | 28.42 | |
| 09/07 | Guest Room | 230.00 | |
| 09/07 | State Tax *Guest Room | 27.37 | |
| 09/07 | City Tax *Guest Room | 8.05 | |
| 09/07 | F&B Sales Tax #807 : CHECK #8708 | 2.28 | |
| 09/08 | Guest Room | 230.00 | |
| 09/08 | State Tax *Guest Room | 27.37 | |
| 09/08 | City Tax *Guest Room | 8.05 | |
| 09/09 | Room Service #807 : CHECK #8830 | 33.96 | |
| 09/09 | Cafe Des Architectes #807 : CHECK #3033 | 8.00 | |
| 09/09 | Guest Room | 230.00 | |
| 09/09 | State Tax *Guest Room | 27.37 | |
| 09/09 | City Tax *Guest Room | 8.05 | |
| 09/09 | F&B Sales Tax #807 : CHECK #8830 | 2.56 | |
| 09/09 | F&B Sales Tax #807 : CHECK #3033 | 0.62 | |
| 09/10 | Room Service #807 : CHECK #8943 | 16.28 | |
| 09/10 | Paid Out Tempo Delivery on 09/10/06 | 25.67 | |
| 09/10 | Guest Room | 230.00 | |
| 09/10 | State Tax *Guest Room | 27.37 | |



**EXHIBIT**

D

**Sofitel Chicago Water Tower**
**20 East Chestnut Street, Chicago, IL 60611**
Telephone 312 324 4000 Facsimile 312 324 4026

**Alliance Capital**
**227 E Ontario, Suite 118255**
**Chicago, IL 60611**
**USA**

| | | |
|---|---|---|
| Arrival | 09/03/06 | Room: 0807 |
| Departure | 09/19/06 | Cashier:23 |
| | | Page: 2 |
| | | Time: |
| | | 17:18:47 |
| | | Conf #: 374386 |

Sofitel Chicago Water Tower. 09/19/00

Invoice NO. 220802

| Date | Description | DEBIT | CREDIT |
|---|---|---|---|
| 09/10 | City Tax *Guest Room | 8.05 | |
| 09/10 | F&B Sales Tax #807  : CHECK #8943 | 1.46 | |
| 09/11 | Cafe Des Architectes #807  : CHECK #3362 | 9.00 | |
| 09/11 | Guest Room | 230.00 | |
| 09/11 | State Tax *Guest Room | 27.37 | |
| 09/11 | City Tax *Guest Room | 8.05 | |
| 09/11 | F&B Sales Tax #807  : CHECK #3362 | 0.72 | |
| 09/12 | Room Service #807  : CHECK #9145 | 12.67 | |
| 09/12 | Room Service #807  : CHECK #9203 | 7.43 | |
| 09/12 | Guest Room | 230.00 | |
| 09/12 | State Tax *Guest Room | 27.37 | |
| 09/12 | City Tax *Guest Room | 8.05 | |
| 09/12 | F&B Sales Tax #807  : CHECK #9145 | 0.97 | |
| 09/12 | F&B Sales Tax #807  : CHECK #9203 | 0.69 | |
| 09/13 | Guest Room | 230.00 | |
| 09/13 | State Tax *Guest Room | 27.37 | |
| 09/13 | City Tax *Guest Room | 8.05 | |
| 09/14 | Guest Room | 230.00 | |
| 09/14 | State Tax *Guest Room | 27.37 | |
| 09/14 | City Tax *Guest Room | 8.05 | |
| 09/15 | Cafe Des Architectes #807  : CHECK #3943 | 9.00 | |
| 09/15 | Lebar Dinner Beverage #807  : CHECK #4210 | 22.00 | |
| 09/15 | In Room Movie #807  : VIDEO MOVIE | 12.95 | |
| 09/15 | Guest Room | 230.00 | |
| 09/15 | State Tax *Guest Room | 27.37 | |
| 09/15 | City Tax *Guest Room | 8.05 | |
| 09/15 | F&B Sales Tax #807  : CHECK #4210 | 1.95 | |
| 09/15 | F&B Sales Tax #807  : CHECK #3943 | 0.72 | |
| 09/16 | Guest Room | 230.00 | |
| 09/16 | State Tax *Guest Room | 27.37 | |
| 09/16 | City Tax *Guest Room | 8.05 | |
| 09/17 | Room Service #807  : CHECK #9655 | 10.67 | |
| 09/17 | Room Service #807  : CHECK #9689 | 28.42 | |