**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
BRET A. BROADDUS
v
NORTH SHORE VAN LINES, INC.

Case Number:
```
FILED: April 9, 2008
08cv2006   J. N.
JUDGE KENDALL
MAG. JUDGE COX
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant NORTH SHORE VAN LINES, INC.

| | |
|---|---|
| NAME (Type or print) <br> Joel H. Steiner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Joel H. Steiner | |
| FIRM <br> Axelrod, Goodman, Steiner & Bazelon | |
| STREET ADDRESS <br> 39 S. LaSalle Street, Suite 920 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02720108 | TELEPHONE NUMBER <br> 312-236-9375 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |