IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRET A. BROADDUS, | ) | Case No. 1:08-cv-02006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| NORTH SHORE VAN LINES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To: Paul A. Gajewski, Esq.
Joel Steiner, Esq.
Axelrod, Goodman, Steiner & Bazelon
39 S. LaSalle Street, Suite 920
Chicago, IL 60603

PLEASE TAKE NOTICE THAT on April 23, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE,** a copy of which is attached hereto.

**BRET A. BROADDUS,** Plaintiff


By:  /s/ Ariel Weissberg
One of his attorneys


Ariel Weissberg, Esq. (Atty. No. 03125591)
Rakesh Khanna, Esq. (Atty. No. 6243244)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60604
(312) 663-0004

1

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, certify that on April 23, 2008, I caused to be served the enclosed **APPEARANCE** upon the above-named party through the District Court's ECF electronic filing transmission system.

/s/ Ariel Weissberg
Ariel Weissberg

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BRET A. BROADDUS<br><br>v.<br><br>NORTH SHORE VAN LINES, INC. | Case Number: 08 CV 2006 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRET A. BROADDUS, Plaintiff

| |
|---|
| NAME (Type or print)<br>Ariel Weissberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Ariel Weissberg |
| FIRM<br>Weissberg and Associates, Ltd. |
| STREET ADDRESS<br>401 S. LaSalle Street, Suite 403 |
| CITY/STATE/ZIP<br>Chicago, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03125591 | TELEPHONE NUMBER<br>312-663-0004 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |