**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRET A. BROADDUS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  No. 08 -cv- 2006 |
| | ) | Judge Virginia M. Kendall |
| NORTH SHORE VAN LINES, INC. | ) | |
| Defendant. | ) | |

**AGREED MOTION TO DISMISS**

Now comes Defendant, NORTH SHORE VAN LINES, INC.(hereinafter referred to as "Defendant" or "NSVL"), by and through its attorneys, Joel H. Steiner and Axelrod, Goodman, Steiner & Bazelon, and Moves to Dismiss the Complaint herein for failure to state a cause of action, pursuant to Rule 12(b)(6) F.R.Civ.P. and for reasons in support thereof states as follows:

**I.     STATEMENT OF THE CASE**

All facts recited herein are taken from Plaintiff's Complaint herein and the Amended Complaint previously filed by Plaintiff in 07-cv-2713.  This cause arises solely out of the interstate transportation of the household goods and belongings of Bret Broaddus (hereinafter referred to as "Plaintiff" or "Broaddus") from Del Ray Beach, Florida to Chicago, Illinois.  The only damages alleged by Plaintiff are directly related to the shipment of his goods in  interstate commerce and the alleged loss of and/or damage to those goods, notwithstanding the multiple counts and theories asserted in the Complaint.

## II.    ALL ACTIONS ARE PREEMPTED
##         BY 49 U.S.C.§ 14706

What is commonly known as the Carmack Amendment to the Interstate Commerce Act is now codified as 49 U.S.C.§ 14706.  All suits for loss or damage to interstate shipments by motor carrier are preempted by 49 U.S.C. §14706, which is a total preemption.

See, for example, *R.E.I. Transport, Inc. v. C.H. Robinson Worldwide, Inc.*,2008 WL 731614, pp. 3-4  (7th Cir. 2008),  *Miller v. Reebie Storage and Moving Company,* Inc., 1993 WL 414689 at pg. 4 (N.D. Ill. 1993),  *Morris v. Covan World Wide Moving Incorporated*, 144 F.3d 377, 382-383 (5th Cir. 1998), *Nowakowski, et. al. v. American Red Ball Transit Company, Inc., et. al.*, 288 Ill. App. 3d 348, 680 N.E. 2d 441 (2nd Dist. 1997), *Gordon v. United Van Lines, Inc.*, 130 F.3d 282, 286 (7th Cir. 1997) and *Smith v. United Parcel Service (UPS)*, 296 F.3d 1244 (11th Cir. 2002).

## III.    THIS SUIT IS A REFILING OF PRIOR
##          ACTION DISMISSED WITH PREJUDICE

On May 15, 2007 Plaintiff Bret Broaddus filed an Amended Complaint in this Court in the matter of <u>Bret Broaddus v. Jim Larkin, et. al.</u>, No. 07-cv- 2713 (Doc. No. 21 - copy attached) in which one of the Defendants was Defendant herein, NSVL.  That Amended Complaint alleged an identical cause of action, loss or damage to Plaintiff's property occurring as a consequence of the transportation of that property by NSVL from Del Ray Beach, Florida to Chicago, Illinois.  Exhibit A to that Amended Complaint (Doc. No. 21-2 - copy attached) is the same inventory and bill of lading as attached to the Complaint herein as Exhibit A and Exhibit B.

On September 11, 2007, Judge Mark Filip entered a Minute Order in No. 07-cv- 2713 (Doc. 31) which set that matter for a status hearing on October 4, 2007 and warned that Plaintiff's failure to appear may result in a dismissal for want of prosecution.  This Order was entered as a consequence of Plaintiff's failure to file a response to Defendant's Motion for Summary Judgment.

See Minute Order, Doc. 30.

On October 4, 2007, as reflected in Judge Filip's Minute Order (Doc. 32 - copy attached) "Defendants appear for status hearing.  Plaintiff fails to appear."  As a consequence thereof, Judge Filip ordered the case dismissed for want of prosecution.  Judge Filip's Order provided that the dismissal was initially without prejudice, and granted Plaintiff leave to reinstate on or before November 5, 2007, at which time the dismissal will be with prejudice if no request to reinstate is filed.  The Order also struck, without prejudice Defendant's Motion for Summary Judgment.  No Motion to Reinstate or Notice of Appeal was ever filed.  Consequently, on November 5, 2007 the Dismissal for Want of Prosecution became a dismissal with prejudice and res judicata.  Since no appeal was taken, that Order is not subject to attack or challenge.

## IV.  THE DOCTRINE OF RES JUDICATA REQUIRES DISMISSAL OF THIS SUIT

In the present case all of the elements necessary for the application of the doctrine of res judicata are present.  Judge Filip entered a final judgment on the merits when he entered the dismissal for want of prosecution, which became final and with prejudice on November 5, 2007 as a consequence of Plaintiff's failure to move to reinstate.  Both 07-cv-2713 and the current action are suits to recover damages for loss or damage to the same shipment of goods in interstate commerce, pursuant to the same bill of lading and manifest, from Del Ray Beach, Florida to Chicago, Illinois.  The Amended Complaint in 07-cv-2713 was brought by the Plaintiff herein against Defendant herein, among others.

As stated in *Tartt v. Northwest Community Hosp.*, 453 F.3d 817, 822 (7th Cir. 2006):

Res judicata applies if there is: "(1) a final judgment on the merits in an earlier action, (2) an identity of the cause of action in both the earlier and later suit, and (3) an identity of parties or privies in the two suits."  Smith v. City of Chicago, 820 F.2d 916, 917 (7th Cir.1987) (citing *Lee v. City of Peoria,* 685 F.2d 196, 199 (7th Cir.1982)); *see Brzostowski v. Laidlaw Waste Sys., Inc.,* 49 F.3d 337, 338 (7th Cir.1995) (citations omitted).

Page -3-

Because Tartt did not appeal the dismissal of the 7959 action within 30 days, the entry of judgment pursuant to Rules 12(b)(6) and 41(b) on January 29, 2003, amounts to a final judgment on the merits for res judicata purposes. *See* Fed. R.App. P. 4(a)(1)(A); *Horwitz v. Alloy Auto. Co.,* 992 F.2d 100, 102 (7th Cir.1993) (citations omitted); *Cannon v. Loyola Univ. of Chicago,* 784 F.2d 777, 780 (7th Cir.1986) (citations omitted); *Phillips v. Shannon,* 445 F.2d 460, 462-63 (7th Cir.1971) (citations omitted).

* * * * *

The second part of our res judicata analysis, identity of actions, is met. " '[T]wo claims are one for purposes of res judicata if they are based on the same, or nearly the same, factual allegations " *Manicki v. Zeilmann,* 443 F.3d 922, 925 (7th Cir.2006) (quoting *Herrmann v. Cencom Cable Assocs., Inc.,* 999 F.2d 223, 226 (7th Cir.1993)).

See also, *Kimmel v. Texas Commerce Bank*, 817 F.2d 39, 40-41, (7th Cir.1987), which sustained the authority of a court to dismiss an action *sua sponte* for want of prosecution which stems from the court's inherent power to control its docket rather than from Rule 41(b), but held that such a dismissal was a dismissal is on the merits.

Almost identical procedural circumstances were presented in the unpublished opinion in *Bevins v. H.P. Hood, Incorporated*, 925 F.2d 1468 (Table), 1991 WL 22106 (7th Cir.1991), which cited *LeBeau v. Taco Bell,* 892 F.2d 605, 607-608 (7th Cir.1989) for the proposition that when the Plaintiff appealed the dismissal of its second suit, based upon application of the doctrine of res judicata, as a consequence of the dismissal for want of prosecution of his first suit, the appeal must fail because the Plaintiff did not appeal the first dismissal. Therefore, court did not have jurisdiction to review the district court's dismissal of the first suit. Having failed to either move to reinstate in 07-cv-2713 or appeal from Judge Filip's order of dismissal for want of prosecution, Plaintiff may not seek relief from or avoid the res judicata effect of that prior order.

## V.     CONCLUSION AND PRAYER

In view of the total preemption by 49 U.S.C.§ 14706 of all state and common law based

Page -4-

claims arising out of the transportation of freight in interstate commerce, and the application of the doctrine of res judicata to Plaintiff's Complaint herein, this suit must be dismissed, with prejudice.

WHEREFORE, for the above and foregoing reasons, Defendant  prays that Plaintiff's Complaint herein be dismissed, with prejudice.

North Shore Van Lines, Inc.


By: /s/ *Joel H. Steiner*
         Joel H. Steiner
         ARDC# 02720108
         One of its Attorneys

Dated:  April 29, 2008

OF COUNSEL:
Axelrod, Goodman, Steiner & Bazelon
39 South LaSalle Street - Suite 920
Chicago, Illinois  60603
(312) 236-9375
(312) 236-2877 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 29, 2008, a copy of the foregoing Agreed

Motion to Dismiss was filed electronically. Notice of this filing will be sent to all parties registered

with the Court's electronic filing system by operation of the Court's system. Parties may access this

filing through the Court's system which will send notification of such filing(s) to the following:


Ariel Weisberg
Weisberg and Associates
401 South LaSalle St., Suite 403
Chicago, Illinois 60604



/s/ *Joel H. Steiner*
Joel H. Steiner


DATED:        April 29, 2008

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRET BROADDUS and LUANN BROADDUS, )
                                   )
          Plaintiffs,              )     07 CV 2713
                                   )
     v.                            )
                                   )
JIM LARKIN, individually and d/b/a )
NORTH SHORE VAN LINES, INC.,       )
NORTHSHORE MOVERS, INC., and       )
NORTH SHORE VAN LINES, INC.        )     Jury Demanded
                                   )
          Defendants.              )

## VERIFIED AMENDED COMPLAINT

Plaintiffs Bret Broaddus and Luann Broaddus, by their
attorneys, complain against defendants Jim Larkin, individually
and d/b/a North Shore Van Lines, Inc., North Shore Van Lines,
Inc., and North Shore Movers, Inc. and state that:

1.   This action is brought under 49 U.S.C. §§14706 et seq.
("Carmack Amendment").

2.   Plaintiffs Bret Broaddus and Luann Broaddus are
individuals and reside in Chicago, Cook County, Illinois.

3.   Defendant Jim Larkin is an individual doing business as
North Shore Van Lines, Inc. and North Shore Movers, Inc. in
Libertyville, Lake County, Illinois.

4.   Defendant North Shore Van Lines, Inc. is a corporation
in Libertyville, Lake County, Illinois.

5.   Defendant Northshore Movers, Inc. is a dissolved

1

corporation that conducted operations in Libertyville, Lake
County, Illinois.

6. All defendants hold themselves out as professional
movers.

7. Defendants claim to have reputations for reliability,
professionalism, and integrity in the moving industry.
Defendants use various names and identifications in their moving
business. Defendant Jim Larkin repeatedly told Mr. Broaddus
that these companies were his businesses and that he personally
conducted business through these companies.

8. The Court has subject matter jurisdiction of this
action pursuant to 49 U.S.C. §§14706 et seq.

9. Venue lies in this judicial district because the acts
giving rise to the Broaddus' claims took place within the
Northern District of Illinois.

10. The contracts at issue in this complaint were
partially made in Lake County. Many of the actions that give
rise to this complaint occurred in Lake County.

11. Mr. Larkin acted on behalf of North Shore Van Lines,
Inc. and held himself out as a carrier in all material aspects,
including communications with customers under the business name
North Shore Van Lines, Inc.

12. Mr. Larkin and North Shore Van Lines, Inc. also

2

conducted business as North Shore Movers, Inc. and held themselves out as agents of North Shore Movers, Inc.  See Exhibits A and B.

13.  Mr. Larkin personally contracted with Mr. Broaddus for the shipment of the Broaddus' goods.

14.  Over the course of several years, Mr. Larkin, his father, and North Shore Van Lines, Inc. provided transportation and services to the Broadduses and issued receipts or bills of lading for all transportation services performed.

15.  The Broadduses entered into an oral contract with Mr. Larkin and defendants for the moving and transport of certain household and personal belongings, including an automobile, clothing, household furnishings, jewelry, and appliances from Delray Beach, Florida to Chicago, Cook County, Illinois.

16.  The pertinent and material terms of the oral contract were that:

a. Defendants would pick up the Broaddus' goods in Delray Beach, Florida.

b. Defendants would transport the Broaddus' goods by moving truck to their new home in Chicago, Illinois.

c. The Broadduses would pay the normal carriage fee for the transportation of their goods to Chicago, Illinois.

17.  Mr. Larkin and defendants arranged these services with

3

Mr. Broaddus and communicated directly with Mr. Broaddus.

18. Upon delivery, the Broaddus inspected their property and saw that it was damaged and destroyed and that certain property was not delivered at all and was presumably stolen by defendants' agents or employees.

19. Mr. Broaddus immediately contacted Mr. Larkin concerning the condition of his property and the stolen items.

20. Mr. Larkin and defendants refuse to compensate the Broadduses for these losses.

21. The Carmack Amendment provides shippers with the statutory right to recover for actual losses or injuries to their property caused by carriers involved in the shipment. 49 U.S.C. §14706(a)(1).

22. As a direct and proximate result of defendants' actions, the Broadduses were damaged in an amount in excess of $75,000, exclusive of costs and interest for the actual loss and damage to their property caused by defendants.

WHEREFORE, plaintiffs Bret Broaddus and Luan Broaddus demand trial by jury, judgment in their favor and against defendants Jim Larkin, individually and d/b/a North Shore Van Lines, Inc., North Shore Van Lines, Inc., and North Shore Movers, Inc., compensatory damages for the loss and damage to their property in excess of $75,000, the costs of this action,

4

and all other appropriate relief.

Plaintiffs' Attorney

Gregory A. Adamski
Jenny R. Jeltes
Adamski & Conti
100 N. LaSalle Street
Chicago, Illinois 60602
312.332-7800

V E R I F I C A T I O N

Pursuant to penalties of perjury as provided by law, Bret Broaddus states that:

1.  I am an adult and am otherwise competent to give evidence.

2.  If called to give evidence, I would give evidence consistent with this verification.

3.  This verification is based upon my personal knowledge.

4.  The attached document is true.

Bret Broaddus

DATED: August 14, 2007

**600 WAUKEGAN RD.**
**NORTHBROOK, IL 60062**
**847-498-6560**

| PART, EXACT DAMAGE, AT LOCATION | | |
|---|---|---|

Driver or Agent #: NORTH SHORE VAN LINES
Page #
# of Pages: 3

Customer Name: BROADES
Contract #

Origin City, State: FLP
Tag Color: WHITE
Lot #: 134338

Destination City, State: CHGO. IL
GBL #

**PART & LOCATION**
1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side

10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

**EXACT DAMAGE**
BE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed

RU Rusted
SC Scratched
SH Short
SO Soiled
S Stretched
T Torn
W Worn
WP Warped
(WS) Water-stained
(WT) Wet
Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PL Professional Equipment
PP Professional Papers
(SW) Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | Sing Bx. Sp. | | 5039.10,12 - R3,10,12 | |
| 2 | | Sing Bx. Sp. | | 5031012 - R3,12 | |
| 3 | | Wood Statue | | CH3410,12 - SC99,10-R312-BR9 | |
| 4 | | Wardrobe Ctn | | PBO-CU | |
| 5 | | 1.5 Ctn. | | PBO-CU | |
| 6 | | Wire Basket | | PBO-CU - D9 | |
| 7 | | 1.5 Ctn. | | PBO-CU | |
| 8 | | 1.5 Ctn. | | PBO-CU | |
| 9 | | Plastic Tote Ctn. | | PBO-CU | |
| 10 | | Plastic Tote Ctn. | | PBO-CU | |
| 1 | | Plastic Ctn. | | BR3 - PBO-CU | |
| 2 | | Cooler | | PBO-CU | |
| 3 | | Stackex Type Bx w/toys | | PBO-CU - R3,10,12 | |
| 4 | | 1.5 Ctn. Open - | | PBO-CU | |
| 5 | | Wardrobe Ctn. | | PBO-CU | |
| 6 | | Sm Ctn. | | PBO-CU | |
| 7 | | 2Dr Lateral File | | SC49,10 - G4 CH3,12-R34,10,10 | |
| 8 | | 1.5 Ctn. | | PBO-CU | |
| 9 | | 1.5 Ctn. | | PBO-CU | |
| 10 | | 3.0 Ctn. | | PBO-CU | |
| 1 | | 1.5 Ctn. | | PBO-CU | |
| 2 | · | Desk | | CH3,10,4-SC4,6,9,10-R3,10,12 | |
| 3 | · | Chair/Man | | SC9,10-R3,10,12 | |
| 4 | | Plastic Tote Ctn | | PBO-CU | |
| 5 | | Sm Ctn. | | PBO-CU | |
| 6 | | Plastic Tote Ctn. | | PBO-CU | |
| 7 | | 4.5 Ctn. | | PBO-CU | |
| 8 | · | Machine | | MCU - R3,12 | |
| 9 | | Nig #1 Stand | | Z10-SC49,10-BU10-R3,10,12 | |
| 10 | | 4.5 Ctn. | | PBO-CU | |

Remarks:

**IMPORTANT NOTICE:** Before signing - check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746. have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the late condition goods received.

AT ORIGIN — Driver / Customer
Code
Date: 9-4.06

AT DESTINATION — Driver / Customer
Code
Date

Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI · USA · (800) 327-6868 · Printed in the United States

EXHIBIT A

**600 WAUKEGAN RD.**
**NORTHBROOK, IL 60062**
**847-498-6560**

| Driver or Agent # | | Page # 2 | # of Pages 8 |
|---|---|---|---|
| Customer Name | | Contract # | |
| Origin City, State | | Tag Color WHITE | Lot # 171335 |
| Destination City, State | | GBL # | |

**PART & LOCATION**

1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side

10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

**EXACT DAMAGE**

BE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed

RU Rusted
SC Scratched
SH Short
SO Soiled
S Stained
T Torn
W Worn
WP Warped
Wet
Z Cracked

**DESCRIPTIVE SYMBOLS**

CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 3 1 | | WARDROBE CTN. | | PBO-CU | |
| 2 | · | SONY 35"CTV | | MCU-BR3-73-SC49,10-R3,12 | |
| 3 | · | MACHINE | | MCU-R3,12 | |
| 4 | | BED FRAME POLE | | SC 9 | |
| 5 | | BED FRAME POLE | | SC 9 | |
| 6 | · | HOMEMADE MATT. | | T3,12,10-SC9,10-C3,10,12 | |
| 7 | · | FILE CAB | | D9,10-SC4,6,9,10 | |
| 8 | · | RECLINER | | R 1,3,12 | |
| 9 | · | RECORD MACH CHAIR | | MCU-R1,3,12,14 | |
| 4 C | | MED CTN | | PBO-CU | |
| 1 | | MACHINE | | MCU-R3,12 | |
| 2 | | MACH. PART | | SC 2,9 | |
| 3 | | MACH. PART | | SC3,9 | |
| 4 | | MACHINE | | MCU-SC29,10-R3,12 | |
| 5 | | OFFICE CHAIR | | T1,3,12-W1-R13,12,14-SC12,14 | |
| 6 | | OS. CHAIR | | SC16,7,10-R1,3,12,14 | |
| 7 | | RIVERSIDE TRAIL BIKE | | MCU-SC9,10-R3,12 | |
| 8 | | TREK 700 BIKE | | MCU-SC9,10-R3,12 | |
| 9 | | FOLDING TABLE | | SC4,9,10-R3,10,12 | |
| 5 0 | · | CHEETAH PICTURE | | CH3,12-SC49,10-R3,4,10,12 | |
| 1 | · | SHELF | | SC9,10-M,10-R3,12 | |
| 2 | · | POLE LAMP | | SC29-BEN-R3,12 | |
| 3 | | WARDROBE CTN. | | PBO-CU | |
| 4 | | PIC LAC CPO | | PBO-CU | |
| 5 | | MED CTN | | PBO-CU | |
| 6 | | MED CTN. | | PBO-CU | |
| 7 | | MED CTN. | | PBO-CU | |
| 8 | | 3 O CTN. | | PBO-CU | |
| 9 | | FLAT CTN. | | PBO-CU | |
| 6 0 | · | DISH CASE | | SO-W | |

Remarks:

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746. I have ___ked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the late b____ goods received.

| AT ORIGIN | Driver | Code | Date 9-4-06 | AT DESTINATION | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| | Customer | | Date | | Customer | | Date |

Published by J. KELLER & ASSOCIATES, INC., Neenah, WI • USA (800) 327-6868 • Printed in the United States

Case 1:05-cv-02500 Document 21-2 Filed 05/25/2007 Page 3 of 23

# NORTH SHORE MOVERS, INC.
## 600 WAUKEGAN RD.
## NORTHBROOK, IL 60062
## 847-498-6560

| PART, EXACT DAMAGE, AT LOCATION | | | |
|---|---|---|---|

Driver or Agent #

Customer Name

Origin City, State

Destination City, State

Page # 3

# of Pages 8

Contract #

Tag Color WHITE

Lot # 174338

GBL #

| PART & LOCATION | EXACT DAMAGE | DESCRIPTIVE SYMBOLS |
|---|---|---|
| 1 Arm | 10 Top | BG Beat | RU Rusted | CU Carrier Disassembled |
| 2 Bottom | 11 Veneer | BR Broken | SG Scratched | CP Carrier Packed |
| 3 Corner | 12 Edge | BU Burned | SH Short | CU Contents and Condition Unknown |
| 4 Front | 13 Center | CH Chipped | SO Soiled | DBO Disassembled By Owner |
| 5 Left | 14 Seat | D Dented | S Stretched | MCU Mechanical Condition Unknown |
| 6 Leg | 15 Drawer | F Faded | T Torn | PB Professional Books |
| 7 Rear | 16 Inside | G Gouged | W Worn | PBO Packed By Owner |
| 8 Right | 17 Door | L Loose | WP Warped | PE Professional Equipment |
| 9 Side | 18 Shelf | M Marred | WW Water-stained | PP Professional Papers |
| | 19 Hardware | MI Mildew | WT Wet | SW Shrink Wrap |
| | | R Rubbed | Z Cracked | |

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 01 | | MIRO CTN | | PBO-CU | |
| 2 | | Pilow | | SO 9,10-R12 | |
| 3 | | PIC PAC CTN | | PBO-CU | |
| 4 | | 3 OCTN | | PBO-CU | |
| 5 | | DISHPAC CTN | | PBO-CU | |
| 6 | | 2 OCTN | | PBO-CU | |
| 7 | | DISHPAC CTN | | PBO-CU | |
| 8 | | Plastic Tote CTN | | PBO-CU | |
| 9 | | 1.5 CTN | | PBO-CU | |
| 2c | | 6 OCTN | | PBO-CU | |
| 1 | | WARDROBE CTN | | CP-NSUL | |
| 2 | | NIGHT STAND | | CH 3,4,12-SC 9,10-R3,9,12 | |
| 3 | | LAMP BASE | | SC 10-R3,12 | |
| 4 | | 5M CTN | | PBO-CU | |
| 5 | | OTTOMAN | | SC 9,10-R3,12 | |
| 6 | | 6 OCTN | | PBO-CU | |
| 7 | | LUGGAGE BAG | | SC 9,10-M9,10-R3,10,12 | |
| 8 | | PIC PAC CTN | | PBO-CU | |
| 9 | | PIC PAC CTN | | PBO-CU | |
| 30 | | WARDROBE CTN | | CP-NSUL | |
| 1 | | WARDROBE CTN | | CP-NSUL | |
| 2 | | WARDROBE CTN | | CP-NSUL | |
| 3 | | WARDROBE CTN | | CP-NSUL | |
| 4 | | CABINET | | SC 4,6,9,10-CH 3,12-M4-R3,9,12 | |
| 5 | | WARDROBE CTN | | CP-NSUL | |
| 6 | | WARDROBE CTN | | CP-NSUL | |
| 7 | | WARDROBE CTN | | CP-NSUL | |
| 8 | | WARDROBE CTN | | CP-NSUL | |
| 9 | | WARDROBE CTN | | CP-NSUL | |
| 70 | | SPEAKER STAND | | CH 3,12-SC 9,10-R3,12 | |

Remarks:

**IMPORTANT NOTICE:** Before signing — check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746. I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| | Driver | Code | Date 4-4-06 |
|---|---|---|---|
| AT ORIGIN | Customer | | Date |

| | Driver | Code | Date |
|---|---|---|---|
| AT DEST-INATION | Customer | | Date |

Published by C. ROBINSON & ASSOCIATES, INC. Neenah, WI - USA - (800) 627-0669 - Printed in U.S.A.

Case 1:03-cv-02006 Document 21-2 Filed 08/20/2007 Page 16 of 22

# 600 WAUKEGAN RD.
## NORTHBROOK, IL 60062
### 847-498-6560

| | | | | | |
|---|---|---|---|---|---|
| PART, EXACT DAMAGE, AT LOCATION | | Driver or Agent # | | Page # 4 | # of Pages 5 |



| | | |
|---|---|---|
| Customer Name | | Contract # |
| Origin City, State | | Tag Color WHITE Lot # 174338 |
| Destination City, State | | GBL # |

**PART & LOCATION**
1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side
10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

**EXACT DAMAGE**
BE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed
RU Rusted
SC Scratched
SH Short
SO Soiled
S Stretched
T Torn
W Worn
WP Warped
(WS) Water-stained
(WT) Wet
Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
(SW) Shrink Wrap

| TEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | HEATER STAND | | SC 9 10-R3 12 | |
| 2 | | BBQ SET | | SC 9 10- R3 12 | |
| 3 | ✓ | STATUE (LION) | | SC 2 9,10 - R3,10 | |
| 4 | ✓ | TOOL BOX | | P30-CU - R3,10,12 | |
| 5 | ✓ | MARBLE | | CH 3,12 | |
| 6 | | SM CTN. | | P30-CU | |
| 7 | | SM CTN. | | P30-CU | |
| 8 | | SWIFFER | | W — | |
| 9 | | SN CTN | | P30-CU | |
| 10 | | WARD OBJECT. | | P30-CU | |
| 1 | ✓ | WARD ROBE CTN. | | P30-CU | |
| 2 | ✓ | WICKER BASKET | | BR 10-W — | |
| 3 | | 3.0CTN | | P30-CU | |
| 4 | | 3.0 CTN. | | P30-CU | |
| 5 | ✓ | SM SQUARE GLASS | | SC 9,10-R 3,10,12 | |
| 6 | ✓ | BALLET | | P30-CU | |
| 7 | | 1.5 CTN | | P30-CU | |
| 8 | | 1.5 CTN. | | P30-CU | |
| 9 | | 1.5 CTN | | P30-CU | |
| 10 | | ROLL UP EASE 1 | | CU 12-SC 9,10-R3 12 | |
| 1 | | 1.0 CTN | | P30-CU | |
| 2 | | 6.0 DESK | | P30-CU | |
| 3 | | WARDROBE CTN | | P30-CU | |
| 4 | | WARDROBE CTN | | P30-CU | |
| 5 | | WARDROBE CTN | | P30-CU | |
| 6 | ✓ | GOLF BAG w/CLUBS | | P30-CU | |
| 7 | ✓ | GOLF BAG w/CLUBS | | P30-CU | |
| 8 | | 1.5 CTN | | P30-CU | |
| 9 | | 1.5 CTN. | | P30-CU | |
| 20 | ✓ | NIGHTSTAND | | SC 9 10-CH3 12 G 11-R3 12 | |

Remarks: ...........

**IMPORTANT NOTICE:** Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| | Driver | | Code | Date 7-4-06 | AT | Driver | | | Code | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| AT ORIGIN | Customer | | | Date | DEST-INATION | Customer | | | | Date |

Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6868 • Printed in the United States

**600 WAUKEGAN RD.**
**NORTHBROOK, IL 60062**
**847-498-6560**

| PART, EXACT DAMAGE, AT LOCATION | | |
|---|---|---|

| Driver or Agent # | | Page # 5 | # of Pages 8 |
|---|---|---|---|
| Customer Name | | Contract # | |
| Origin City, State | | Tag Color WHITE | Lot # 174 338 |
| Destination City, State | | GBL # | |

**PART & LOCATION**

| | | | |
|---|---|---|---|
| 1 Arm | 10 Top | BE Bent | RU Rusted |
| 2 Bottom | 11 Veneer | BR Broken | SC Scratched |
| 3 Corner | 12 Edge | BU Burned | SM Short |
| 4 Front | 13 Center | CH Chipped | SO Soiled |
| 5 Left | 14 Seat | D Dented | S Stretched |
| 6 Leg | 15 Drawer | F Faded | T Torn |
| 7 Rear | 16 Inside | G Gouged | W Worn |
| 8 Right | 17 Door | L Loose | WP Warped |
| 9 Side | 18 Shelf | M Marred | WS Water-stained |
| | 19 Hardware | MI Mildew | WET Wet |
| | | R Rubbed | Z Cracked |

**DESCRIPTIVE SYMBOLS**

CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DDO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 21 | 1 | WARDROBE CTN. | | PBO-CU | |
| 2 | | WARDROBE CTN. | | PBO-CU | |
| 3 | | ROD | | SC 9 | |
| 4 | | COFFEE TABLE | | SC L 9,10-D4,9,12-R3,10,12 | |
| 5 | • | PALM TREE | | L 9,10-W- | |
| 6 | | BROOM | | W- | |
| 7 | | SWIVEL SWEEPER | | W- | |
| 8 | | WALKING STAND | | W- | |
| 9 | | WALKING STAND | | W- | |
| 30 | | WALKING STAND | | W- | |
| 1 | | TRAINING RECYCLER | | MCU-SC4,10-R3,12 | |
| 2 | | ART. PLANT | | SO | |
| 3 | | WALKING STAND | | W- | |
| 4 | | ORGANIZER | | W- | |
| 5 | • | GOLF BAG w/CLUBS | | PBO-CU | |
| 6 | | POLE LAMP | | SC 29,10-R3,9,10 | |
| 7 | | GOLF BAG w/CLUBS | | PBO-CU | |
| 8 | | EUREKA UPRIGHT | | MCU | |
| 9 | | RCA 5 DISC CD PLAYER | | MCU-SC9,10 | |
| 40 | | WALKER | | W- | |
| 1 | | FOAM CUSHION | | SO 10,2-R3,12 | |
| 2 | | SM STAND | | SC L 16-R3,10,12 | |
| 3 | | FOLDING CHAIR | | SC L 2,10-R3,12 | |
| 4 | | ROLL OF FABRIC | | PBO-CU | |
| 5 | | ROLLED X HEN | | CU | |
| 6 | | LOVE SEAT | | R13,12,10-SC6 | |
| 7 | | SINGLE HIDE-A-BED | | SC 6,10,9,14-R3,12,14-DFG7 | |
| 8 | | ADJ. | | PBO-CU | |
| 9 | | ROLLER SPRINKLER | | MCU-SC 9,4,10-R3,4,10 | |
| 50 | | OTTOMAN | | SC 6,10,14-CU10-R3,12 | |

**Remarks:**

IMPORTANT NOTICE: Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-848-3746. I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| AT ORIGIN | Driver | Code | Date 7-4-06 | AT DESTINATION | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| | Customer | | Date | | Customer | | Date |

Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6868 • Printed in the United States

**600 WAUKEGAN RD.**
**NORTHBROOK, IL 60062**
**847-498-6560**

| PART, EXACT DAMAGE, AT LOCATION | | |
|---|---|---|

Driver or Agent #: 

Customer Name: 

Origin City, State: 

Destination City, State: 

Page #: 6
# of Pages: 8

Contract #: 

Tag Color: WHITE
Lot #: 74338

GBL #: 

| | PART & LOCATION | | EXACT DAMAGE | | DESCRIPTIVE SYMBOLS |
|---|---|---|---|---|---|
| 1 Arm | 10 Top | BE Bent | RU Rusted | CU Carrier Disassembled |
| 2 Bottom | 11 Veneer | BR Broken | SC Scratched | CP Carrier Packed |
| 3 Corner | 12 Edge | BU Burned | SH Short | CU Contents and Condition Unknown |
| 4 Front | 13 Center | CH Chipped | SO Soiled | DBO Disassembled By Owner |
| 5 Left | 14 Seat | D Dented | S Stretched | MCU Mechanical Condition Unknown |
| 6 Leg | 15 Drawer | F Faded | T Torn | PB Professional Books |
| 7 Rear | 16 Inside | G Gouged | W Worn | PBO Packed By Owner |
| 8 Right | 17 Door | L Loose | WP Warped | PE Professional Equipment |
| 9 Side | 18 Shelf | M Marred | WS Water-stained | PP Professional Papers |
| | 19 Hardware | MI Mildew | WT Wet | SW Shrink Wrap |
| | | R Rubbed | Z Cracked | |

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 15 | | 6. D CTN | | PBO-CU | |
| 2 | | SM STOOL | | SC 6.10-R3,10,12 | |
| 3 | | TALL STAND | | SC 6,9,10-R3,10,12 | |
| 4 | | 6 DCTN. | | PBO-CU | |
| 5 | | 6. OCTN. | | PBO-CU | |
| 6 | | 3. O CTN | | PBO-CU | |
| 7 | | 3 O CTN | | PBO-CU | |
| 8 | | DISH CTN. | | PBO-CU | |
| 9 | | DISH CTN. | | PBO CU | |
| 10 | | 4.5 CTN. | | PBO-CU | |
| 1 | | 4.5 CTN. | | PBO-CU | |
| 2 | | CRYPTO RECIEVER | | MCU-SC 9,10 | |
| 3 | | EASEL | | SC 16,1,10-R3,12 | |
| 4 | | FLR LAMP | | SC 6,9,10-R3,12 | |
| 5 | | POWER SPEAKER | | MCU-SC 4,9,10-R3,12 | |
| 6 | | 4.5 CTN. | | PBO-CU | |
| 7 | | 1.5 CTN. | | PBO-CU | |
| 8 | | STAND | | SC 6,9,10-R3,12 | |
| 9 | | BASKET STAND | | W- | |
| 20 | | SM CTN. | | PBO-CU | |
| 1 | | ART. PLANT | | SO-W- | |
| 2 | | ART. PLANT | | SO-W- | |
| 3 | | ART. PLANT | | SO-W- | |
| 4 | | SHOPPING BASKET | | W- | |
| 5 | | ART. PLANT | | SO-W- | |
| 6 | | MFD CTN. | | PBO-CU | |
| 7 | | SM TABLE | | SC 6,9,10-R3,10,12 | |
| 8 | | KING MATT. | | T-2,3,12-R3,9,12 | |
| 9 | | SOFA | | T3,12-SC 46,9,10,14-R13,12,14 | |
| 30 | | SOFA | | Z2,4-SO4-SC 9,9,10,14-R13,10,14 | |

Remarks: 

IMPORTANT NOTICE: Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-5746.
I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the late condition, goods received.

| | Driver | Code | Date | | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Customer | | Date | AT DESTINATION | Customer | | Date |

Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • 800/327-6868 • Printed in the United States

# NORTH SHORE MOVERS, INC.
## 600 WAUKEGAN RD.
## NORTHBROOK, IL 60062
## 847-498-6560

| | | | |
|---|---|---|---|
| Driver or Agent # | | Page # 7 | # of Pages 8 |
| Customer Name | | Contract # | |
| Origin City, State | | Tag Color WHITE | Lot # 171338 |
| Destination City, State | | GBL # | |

**PART, EXACT DAMAGE, AT LOCATION**

| PART & LOCATION | EXACT DAMAGE | DESCRIPTIVE SYMBOLS |
|---|---|---|
| 1 Arm | 10 Top | BE Bent | RU Rusted | CD Carrier Disassembled |
| 2 Bottom | 11 Veneer | BR Broken | SC Scratched | CP Carrier Packed |
| 3 Corner | 12 Edge | BU Burned | SH Short | CU Contents and Condition Unknown |
| 4 Front | 13 Center | CH Chipped | SO Soiled | DBO Disassembled By Owner |
| 5 Left | 14 Seat | D Dented | S Stretched | MCU Mechanical Condition Unknown |
| 6 Leg | 15 Drawer | F Faded | T Torn | PB Professional Books |
| 7 Rear | 16 Inside | G Gouged | W Worn | PBO Packed By Owner |
| 8 Right | 17 Door | L Loose | WP Warped | PE Professional Equipment |
| 9 Side | 18 Shelf | M Marred | W/S Water-stained | PP Professional Papers |
| | 19 Hardware | MI Mildew | WET Wet | SW Shrink Wrap |
| | | R Rubbed | Z Cracked | |

| TEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| B1 | | BAR | | P30-CU | |
| 2 | ' | OS CHAIR | | SC6-R1,3,12,14-CH6 | |
| 3 | ' | OS CHAIR | | R3,12,14 | |
| 4 | ' | OS CHAIR | | R3,1,12,14 | |
| 5 | | BRUET | | SC 9,10-R3,12 | |
| 6 | | BASVET | | R3,12-SC9,10 | |
| 7 | ' | CHAIR | | BR4,912-W-SC6-SO14 | |
| 8 | | WARDROBE CW | | PBOCU | |
| 9 | | WARDROBE CW | | P30-CU | |
| 2C | | LAPSHOOT CW. | | P30-CU | |
| 1 | | Dining Rm CHAIR | | SC16,7,10-R3,12,14-CH12 | |
| 2 | | CHAIR | | CH12-SC14,7,10-R3,12,1012 | |
| 3 | | Dinner Rm Cuire | | SC16,7,10-R3,12,14 | |
| 4 | | Dining Rm CHAIR | | CH12-SC6,7,10-R3,12,14 | |
| 5 | | ARMOIR | | SC4,6,9-R3,12-M6-CH12 | |
| 6 | | BAG | | PBO-CU | |
| 7 | | SM CABINET | | G6,10-CH4,6-SC4,6,9,10-R3,10,12-F10 | |
| 8 | | DINNER CO PLAYER | | MCU-SC4,10-R3,12 | |
| 9 | | SM BENCH | | SO14-SC6-R3,12,14 | |
| 20 | | Dining Rm CHAIR | | CH1,6-D1-SC16,7,10-R3,12,14 | |
| 1 | | Dinning Rm CHAIR | | SC16,10-CH6-D1-R3,12,14 | |
| 2 | | CHAIR | | SC16,7,10-R3,12,14-CH46 | |
| 3 | | AR SPEAKER | | MCU-CH12-SC4,9,10-R3,4,12 | |
| 4 | | AR SPEAKER | | MCU-SC4,9,10-CH12,R3,4,12 | |
| 5 | | CHAIR | | R2-SC6-BR12 | |
| 6 | | SM STOOL | | M6-SC6,9,10-R3,12,14 | |
| 7 | | SM TRUNK ON STAND | | L2-SC6,9,9,10-R3,4,12 | |
| 8 | | WARDROBE CW. | | P30-CU | |
| 9 | | 3.0 CTN. | | P30-CU | |
| 10 | | 3.0 CTN. | | P30-CU | |

Remarks:

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-6746.
I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of goods received.

| | | Code | Date 7-11-06 | | | Code | Date |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Driver | | | AT DEST-INATION | Driver | | |
| | Customer | | Date | | Customer | | Date |

Printed by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6868, Reorder # P-9 Printed in the United States

## 600 WAUKEGAN RD.
## NORTHBROOK, IL 60062
## 847-498-6560

| PART, EXACT DAMAGE, AT LOCATION | Driver or Agent # | | Page # | 8 | # of Pages | 8 |
|---|---|---|---|---|---|---|

| Customer Name | |
|---|---|
| Contract # | |

| Origin City, State | | Tag Color WHITE | Lot # 174335 |
|---|---|---|---|

| Destination City, State | | GBL # |
|---|---|---|

### PART & LOCATION
1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side

10 Top
11 Veneer
12 Edge
13 Canter
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

### EXACT DAMAGE
BE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed

RU Rusted
SC Scratched
SH Short
SO Soiled
S Stretched
T Torn
W Worn
WP Warped
(WS) Water-stained
(WE) Wet
Z Cracked

### DESCRIPTIVE SYMBOLS
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled By Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
(SW) Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | L5CTN | | PBD-CU | |
| 2 | | TABLE | | SC6,9,10-R3,10,12 CHI6No | |
| 3 | | 6DCTN | | PBD-CU | |
| 4 | | 1.5 CTN | | PBD-CU | |
| 5 | | TABLE BASE | | CH3,12,10-SC9,10-R3,10,12 | |
| 6 | | SM CTN | | PBD-CU | |
| 7 | | WARDROBE CTN | | PBD-CU | |
| 8 | | FIGR. STATUE | | SC29,10-R3,10,12 | |
| 9 | | SM STOOL | | M16-SC6,10-R3,12 | |
| 10 | | SM BENCH | | CH3,10,12-SC49,6,10-R3,10,12 MI | |
| 1 | | SM STOOL | | CH12-SC6,10-R3,10,12 | |
| 2 | | DESK | | CH10-SC46,9,10-F10-R3,10,12 | |
| 3 | | TABLE BASE | | T10-SC49,10-R3,10,12 | |
| 4 | | ARMOIR | | SC49,10-DH3,12-R3,4,12 | |
| 5 | | COLLEA RUG | | SOL0-R3,12 | |
| 6 | | COLLED RUG w/ PAD | | SO10-R12 | |
| 7 | | PICTURE | | Z4-CH3,12-SC49,10-R3,12 | |
| 8 | | MIRROR | | CH3,12-M14-SC49,10-R3,12-23 | |
| 9 | | MIRROR | | CH3,12-SC49,10-R3,12 | |
| 20 | | Assmble Eg TABLE TOP | | CH9,12-SC29,10-R3,10,12 | |
| 1 | | MARBIE | | SC9,10-R3,12 | |
| 2 | | GLASS | | SC8,10-R3,10,12 | |
| 3 | | Re PAC CTN | | PBb-cu | |
| 4 | | FANASONIC 42" CTV PLASMA | | M14-R3,4,12 | |
| 5 | | MIRROR | | L9,10-SC49,10-R3,4,12 | |
| 6 | | FLR LAMP | | SC29,10-R12 | |
| 7 | | MACHINE PART | | SC29-R3,12 | |
| 8 | | FOLDING TABLE | | SC6,109-R36,10,12 | |
| 9 | | TABLE LAMP | | SC29-R12 | |
| 40 | | MISC RUCK | | SC3,109,199-R3,12,29 | |

Remarks: _____

**IMPORTANT NOTICE:** Before signing – check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746. I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the late or late goods received.

| | Driver | | Code | Date 9-11-06 | | Driver | | Code | Date |
|---|---|---|---|---|---|---|---|---|---|
| AT ORIGIN | Customer | | | Date | AT DEST-INATION | Customer | | | Date |

Published by J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • (800) 327-6868 • Printed in the United States

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Bret Broaddus, et al.

Plaintiff,

v.

Jim Larkin, et al.

Case No.: 1:07–cv–02713
Honorable Mark Filip

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 27, 2007:

     MINUTE entry before Judge Mark Filip :Status hearing set for 10/4/2007 at 09:30 AM. Plaintiffs failure to appear at said status may result in dismissal of their case for want of prosecution.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2713 | **DATE** | 10/4/2007 |
| **CASE TITLE** | Broaddus vs. Larkin, et al | | |

**DOCKET ENTRY TEXT**

Defendants appear for status hearing. Plaintiff fails to appear. The above-entitled case is dismissed for want of prosecution without prejudice and with leave to reinstate on or before 11/5/07 after which time the dismissal will be with prejudice if no request to reinstate is filed. Motion by defendant Jim Larkin for summary judgment [28] is stricken without prejudice with leave to reinstate.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|