IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRET A. BROADDUS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  No. 08 -cv- 2006 |
| | ) | Judge Virginia M. Kendall |
| NORTH SHORE VAN LINES, INC. | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Ariel Weisberg
      Weisberg and Associates
      401 South LaSalle St., Suite 403
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that on May 6, 2008, at 9:00 a.m., the undersigned will appear before the Honorable Judge Virginia M. Kendall, a judge of the United States District Court for the Northern District of Illinois, or any other judge sitting in her stead in the court room usually occupied by him in the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois and then and there present the Motion to Dismiss which is attached hereto, at which time you may attend if you see fit.

                                        North Shore Van Lines, Inc.

                                        By: /s/ *Joel H. Steiner*
                                            Joel H. Steiner, One of its Attorneys

Joel H. Steiner
Axelrod, Goodman, Steiner & Bazelon
39 South LaSalle Street, Suite 920
Chicago, Illinois 60603
(312) 236-9375
ARDC# 02720108

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 29, 2008, a copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to all parties registered with the Court's electronic filing system by operation of the Court's system. Parties may access this filing through the Court's system which will send notification of such filing(s) to the following:

Ariel Weisberg<br>
Weisberg and Associates<br>
401 South LaSalle St., Suite 403<br>
Chicago, Illinois 60604

/s/   *Joel H. Steiner*
Joel H. Steiner

DATED:   April 29, 2008