# United States District Court

## Northern District of Illinois
Eastern Division

Broaddus                                    **JUDGMENT IN A CIVIL CASE**

       v.                                Case Number: 08 C 206

North Shore Van Lines, Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that The Agreed Motion to Dismiss [8] is granted. This action is hereby dismissed with prejudice for failure to state a cause of action, and pursuant to Federal Rule of Civil Procedure 12(b)(6). Civil case terminated.

                                            Michael W. Dobbins, Clerk of Court

Date: 4/30/2008                            /s/ Ken Wood, Deputy Clerk